# EXHIBIT A

**From:** State Department FOIA <noreply@mail.foia.state.gov>
**Sent:** Wednesday, March 4, 2020 11:50 AM
**To:** Scoville, Ryan <ryan.scoville@marquette.edu>
**Subject:** FOIA Request Letter

Thank you for filing your FOIA request online on 3/4/2020. Here is a review of your request.

The records I request can be described as follows:

I request copies of the following: (1) All reports submitted to Congress pursuant to 22 U.S.C. 2753(a)(4). (These reports concern agreements for use and transfer restrictions pertaining to defense articles.) (2) All reports submitted to Congress pursuant to 22 U.S.C. 2753(c)(2). (These reports concern violations of agreements for use, safeguard, or transfer restrictions pertaining to defense articles.) (3) All reports submitted to Congress pursuant to 22 U.S.C. 2753(c)(3)(A). (These reports concern presidential determinations that a country is ineligible for further deliveries of defense articles due to violations of use, safeguard, or transfer restrictions.) (4) All reports submitted to Congress pursuant to 22 U.S.C. 2753(e). (These reports concern defense article transfers made without the president's consent.)

The time period of my request is from 01/20/2001 to 01/20/2020

I am affiliated with an educational or noncommercial scientific institution seeking information for a scholarly or scientific purpose and not for commercial use.
Additional documentation will be required.

I am willing to pay $2000 for my request.

I request a waiver of all fees for this request.
Reason: I seek the requested records exclusively for the purpose of academic research on U.S. arms exports, including foreign government compliance with transfer and usage restrictions.

My additional comments are as follows:

N/A

Contact Information
Mr. Ryan Scoville
Marquette University Law School
1215 W. Michigan St.
Milwaukee, Wisconsin 53233
P: (720)933-0197
F: N/A
ryan.scoville@marquette.edu