# EXHIBIT D

MEDIA FREEDOM & INFORMATION ACCESS CLINIC

ABRAMS INSTITUTE FOR FREEDOM OF EXPRESSION

Yale Law School

**FREEDOM OF INFORMATION ACT APPEAL**

March 31, 2021

Appeals Officer
Appeals Review Panel
Office of Information Programs and Services (IPS)
U.S. Department of State
A/GIS/IPS/PP/LA
2201 C Street NW, Room 5420 (HST)
Washington, D.C. 20520

**Re: Appeal of FOIA Request No. F-2020-04794**

Dear FOIA Appeals Officer,

We represent Professor Ryan Scoville in this matter. This letter constitutes an administrative appeal under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted on behalf of Professor Scoville to the Appeals Officer of the U.S. Department of State ("State Department") regarding the failure of the State Department Office of Information Programs and Services to meet its obligations under FOIA with regard to Professor Scoville's request.

## I. <u>Factual and Procedural History</u>

On March 4, 2020, Professor Ryan Scoville of Marquette University Law School submitted a FOIA request to the State Department Office of Information Programs and Services via FOIAOnline (hereinafter, the "Request"). A true and correct copy of the Request is attached as Exhibit A.

The Request sought certain categories of reports submitted to Congress regarding defense articles. Specifically, the Request sought the following for the time period from January 20, 2001 to January 20, 2020:

1) All reports submitted to Congress pursuant to 22 U.S.C. 2753(a)(4). These reports concern agreements for use and transfer restrictions pertaining to defense articles.
2) All reports submitted to Congress pursuant to 22 U.S.C. 2753(c)(2). These reports concern violations of agreements for use, safeguard, or transfer restrictions pertaining to defense articles.

P.O. BOX 208215, NEW HAVEN, CONNECTICUT 06520-8215 • FACSIMILE 203 432-3034
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CT 06511

3) All reports submitted to Congress pursuant to 22 U.S.C. 2753(c)(3)(A). These reports concern presidential determinations that a country is ineligible for further deliveries of defense articles due to violations of use, safeguard, or transfer restrictions.
4) All reports submitted to Congress pursuant to 22 U.S.C. 2753(e). These reports concern defense article transfers made without the president's consent.

Ex. A at 1. The Request included a request for a fee waiver, as the records were sought exclusively for the purpose of academic research.

On March 24, 2020 Professor Scoville received an automated email from A_FOIAacknowledgement@groups.state.gov. A true and correct copy of the email is attached as Exhibit B. The email acknowledged receipt of the Request and assigned to it reference number F-2020-04794. Ex. B at 1. The email indicated that the Request had been placed in the "complex processing track" and would be "processed as quickly as possible." *Id*. The email stated that the Office of Information Programs and Services would "not be able to respond within the 20 days provided by the statute due to 'unusual circumstances'…includ[ing] the need to search for and collect requested records from other Department offices or Foreign Service posts." *Id*.

Professor Scoville received no communication from the State Department for nearly a year. On February 22, 2021, we emailed FOIAstatus@state.gov on Professor Scoville's behalf seeking an update on the status of the Request. A true and correct copy of this email correspondence is attached as Exhibit C. On February 28, 2021, we followed up by telephone. In a return call from the FOIA Requester Service Center, we were directed to follow up once more by email, and did so on March 2, 2021. On March 3, 2021, we received a response from FOIAstatus@state.gov. The email stated, "This request is in process and has a March 8, 2023, estimated date of completion (EDC). EDCs are estimates and are subject to change. Please be advised that the Department takes its FOIA responsibilities seriously and is processing this request as quickly as possible. If the request can be completed prior to the EDC, a response will be sent sooner." Ex. C at 2. We responded on March 8, 2021 seeking clarification on the extended timeline. We asked whether the office had decided to review and produce documents in response to the request, and if so, on what proposed schedule. On March 23, 2021, the agency responded confirming the March 8, 2023 estimated date of completion and stating, "If records are located in response to this request, all non-exempt material will be released to Mr. Scoville when it becomes available. Please note due to the COVID-19 pandemic, resources to process FOIA/PA cases are limited at the Department. Therefore, there will be a delay in processing requests." Ex. C at 1.

## II. <u>Argument</u>

FOIA requires agencies to make a "determination" with regard to any request within twenty business days of its receipt. 5 U.S.C. § 552(a)(6)(A)(i). This determination "must be more than just an initial statement that the agency will generally comply with a FOIA request and will produce non-exempt documents and claim exemptions in the future." *Citizens for Resp. & Ethics in Washington v. Fed. Election Comm'n*, 711 F.3d 180, 188 (D.C. Cir. 2013). The agency "must at least (i) gather and review the documents; (ii) determine and communicate the scope of the

documents it intends to produce and withhold, and the reasons for withholding any documents; and (iii) inform the requester that it can appeal whatever portion of the 'determination' is adverse." *Id*. In "unusual circumstances," FOIA permits an agency to extend the timeline for making a determination by no more than "ten working days," and the agency must notify the requester of such an extension in writing "setting forth the unusual circumstances for such extension and the date on which a determination is expected to be dispatched." 5 U.S.C. § 552(a)(6)(B)(i).

In this case, the State Department failed to make a "determination" concerning Professor Scoville's Request within thirty business days. The State Department Office of Information Programs and Services acknowledged receipt of the Request on March 24, 2020 and invoked "unusual circumstances" in stating that the Office would not be able to respond to the Request within twenty business days. This communication did not state the date by which a determination would be communicated, as required by statute. *See* 5 U.S.C. § 552(a)(6)(B)(i). Professor Scoville received no further communication for 343 days. On March 3, 2021, in response to our follow-up requests for an update, the agency communicated an estimated date of completion of March 8, 2023, without providing any explanation for why the agency would require over three years to process the Request from the date of its submission. In response to a further request for clarification, the agency noted its limited resources and the possibility for delayed processing in relation to the COVID-19 pandemic but again did not explain the extremely lengthy timeline. The agency also failed to indicate "the scope of the documents it intends to produce and withhold, and the reasons for withholding any documents." *Citizens for Resp. & Ethics in Washington*, 711 F.3d at 188. Thus, the agency is in violation of its statutory duties under FOIA. *See id*.; 5 U.S.C. § 552(a)(6)(A)(i); 5 U.S.C. § 552(a)(6)(B)(i).

## III. Conclusion

By failing to provide a determination with respect to Professor Scoville's Request within the statutory deadline, the State Department is in violation of its obligations under FOIA. Professor Scoville respectfully requests that you direct the agency to make a determination with respect to the Request as soon as possible, but in any case no more than twenty business days from the date this administrative appeal is received. 5 U.S.C. § 552(a)(6)(A)(ii).

If you have any questions regarding this appeal, please do not hesitate to call me at (203) 436-5824 or email me at charles.crain@ylsclinics.org. I look forward to your response.

Sincerely,

*/s/ Charles Crain*

Charles Crain
Media Freedom and Information Access Clinic
Yale Law School
P.O. Box 208215
New Haven, CT 06520-8215

(203) 436-5824
charles.crain@ylsclinics.org
Counsel for Professor Ryan Scoville

# EXHIBIT A

**From:** State Department FOIA <noreply@mail.foia.state.gov>
**Sent:** Wednesday, March 4, 2020 11:50 AM
**To:** Scoville, Ryan <ryan.scoville@marquette.edu>
**Subject:** FOIA Request Letter

Thank you for filing your FOIA request online on 3/4/2020. Here is a review of your request.

The records I request can be described as follows:

I request copies of the following: (1) All reports submitted to Congress pursuant to 22 U.S.C. 2753(a)(4). (These reports concern agreements for use and transfer restrictions pertaining to defense articles.) (2) All reports submitted to Congress pursuant to 22 U.S.C. 2753(c)(2). (These reports concern violations of agreements for use, safeguard, or transfer restrictions pertaining to defense articles.) (3) All reports submitted to Congress pursuant to 22 U.S.C. 2753(c)(3)(A). (These reports concern presidential determinations that a country is ineligible for further deliveries of defense articles due to violations of use, safeguard, or transfer restrictions.) (4) All reports submitted to Congress pursuant to 22 U.S.C. 2753(e). (These reports concern defense article transfers made without the president's consent.)

The time period of my request is from 01/20/2001 to 01/20/2020

I am affiliated with an educational or noncommercial scientific institution seeking information for a scholarly or scientific purpose and not for commercial use.
Additional documentation will be required.

I am willing to pay $2000 for my request.

I request a waiver of all fees for this request.
Reason: I seek the requested records exclusively for the purpose of academic research on U.S. arms exports, including foreign government compliance with transfer and usage restrictions.

My additional comments are as follows:

N/A

Contact Information
Mr. Ryan Scoville
Marquette University Law School
1215 W. Michigan St.
Milwaukee, Wisconsin 53233
P: (720)933-0197
F: N/A
ryan.scoville@marquette.edu

# EXHIBIT B

**From:** A_FOIAacknowledgement@groups.state.gov <A_FOIAacknowledgement@groups.state.gov>
**Sent:** Tuesday, March 24, 2020 1:12 PM
**To:** Scoville, Ryan <ryan.scoville@marquette.edu>
**Subject:** Ref: F-2020-04794, Freedom of Information Act Acknowledgement

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

Mr. Scoville:

This email acknowledges receipt of your March 4, 2020, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received by the U.S. Department of State, Office of Information Programs and Services on March 4, 2020, regarding all reports submitted to Congress pursuant to 22 U.S.C. 2753(a)(4), 22 U.S.C. 2753(c)(2), 22 U.S.C. 2753(c)(3)(A) and 22 U.S.C. 2753(e), as they relate to defense articles. This Office assigned your request the subject reference number and placed it in the complex processing track where it will be processed as quickly as possible. See 22 CFR § 171.11(h).

You requested a waiver for all fees associated with the processing of your request. Please be advised this Office will make a determination regarding a fee waiver at a later date.

This Office will not be able to respond within the 20 days provided by the statute due to "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). In this instance, the unusual circumstances include the need to search for and collect requested records from other Department offices or Foreign Service posts.

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, or would like an estimated date of completion, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

# EXHIBIT C

## RE: FOIA Request F-2020-04794 Status

FOIA Status <FOIAStatus@state.gov>
Tue 3/23/2021 3:39 PM
**To:** Samantha Stroman <samantha.stroman@YLSClinics.org>

Ms. Stroman,

This is in response to your email below regarding FOIA Case Control Number F-2020-04794.

The March 8, 2023, estimated date of completion that was provided to you is the date that was determined for this request. If records are located in response to this request, all non-exempt material will be released to Mr. Scoville when it becomes available. Please note due to the COVID-19 pandemic, resources to process FOIA/PA cases are limited at the Department. Therefore, there will be a delay in processing requests.

We apologize for the delayed response.

If you have further concerns or any questions regarding a FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at (202) 261-8484 or send an email to foiastatus@state.gov.

Regards,

U.S. Department of State
FOIA Requester Service Center

---

**From:** Samantha Stroman <samantha.stroman@YLSClinics.org>
**Sent:** Monday, March 8, 2021 9:53 AM
**To:** FOIA Status <FOIAStatus@state.gov>
**Cc:** Charles Crain <charles.crain@YLSClinics.org>; Michael Linhorst <michael.linhorst@ylsclinics.org>; Abby Lemert <abby.lemert@YLSClinics.org>
**Subject:** Re: FOIA Request F-2020-04794 Status

Good morning,

Thank you for your response below regarding the status of FOIA Case Control Number F-2020-04794. I am seeking further clarification on the estimated date of completion of March 8, 2023. Are you able to provide further details on why this request is being addressed on this extended timeline? Has your office decided to review and produce documents in response to this request? If so, on what proposed schedule? If not, when can we expect a decision?

I appreciate your time and look forward to your response.

Best,
Samantha

**Samantha Stroman**
Yale Law School | J.D. Candidate, Class of 2023
Media Freedom and Information Access Clinic
samantha.stroman@yale.edu
(240) 479-0406

---

**From:** FOIA Status <FOIAStatus@state.gov>
**Sent:** Wednesday, March 3, 2021 8:52 AM
**To:** Samantha Stroman <samantha.stroman@YLSClinics.org>
**Subject:** RE: FOIA Request F-2020-04794 Status

Ms. Stroman,

This is in response to your email below regarding the status of FOIA Case Control Number F-2020-04794.

This request is in process and has a March 8, 2023, estimated date of completion (EDC). EDCs are estimates and are subject to change. Please be advised that the Department takes its FOIA responsibilities seriously and is processing this request as quickly as possible. If the request can be completed prior to the EDC, a response will be sent sooner.

If you have any concerns or questions regarding a FOIA-related matter, please contact the FOIA Requester Service Center at 202-261-8484 or send an e-mail to foiastatus@state.gov.

Regards,

U.S. Department of State
FOIA Requester Service Center

---

**From:** Samantha Stroman <samantha.stroman@YLSClinics.org>
**Sent:** Tuesday, March 2, 2021 1:47 PM
**To:** FOIA Status <FOIAStatus@state.gov>
**Cc:** Charles Crain <charles.crain@YLSClinics.org>; Michael Linhorst <michael.linhorst@ylsclinics.org>; Abby Lemert <abby.lemert@YLSClinics.org>
**Subject:** Re: FOIA Request F-2020-04794 Status

Good afternoon,

I hope this note finds you well. I am writing to follow up on my below message regarding FOIA request **F-2020-04794**. Professor Ryan Scoville submitted the request on March 4, 2020, and he has not heard anything since a March 24, 2020 message saying the request had been placed in the complex processing track.

Would you please confirm the current status of this request?

I look forward to hearing from you.

Best,
Samantha

**Samantha Stroman**
Yale Law School | J.D. Candidate, Class of 2023
Media Freedom and Information Access Clinic
samantha.stroman@yale.edu
(240) 479-0406

---

**From:** Samantha Stroman
**Sent:** Monday, February 22, 2021 9:30 AM
**To:** FOIAstatus@state.gov <FOIAstatus@state.gov>

**Cc:** Charles Crain <charles.crain@YLSClinics.org>; Michael Linhorst <michael.linhorst@ylsclinics.org>; Abby Lemert <abby.lemert@YLSClinics.org>
**Subject:** FOIA Request F-2020-04794 Status

Good morning,

I hope this note finds you well. I am a law student with the Media Freedom and Information Access Clinic at Yale Law School, and we are representing Professor Ryan Scoville of Marquette University Law School. I am writing to follow up on the FOIA request sent by Professor Scoville on March 4, 2020, which was assigned reference number F-2020-04794. The request pertains to reports submitted to Congress pursuant to 22 U.S.C. 2753(a)(4), 22 U.S.C. 2753(c)(2), 22 U.S.C. 2753(c)(3)(A) and 22 U.S.C. 2753(e), as they relate to defense articles.

Professor Scoville received a response on March 24, 2020, saying that the request had been placed in the complex processing track. The response also noted that your Office would not be able to respond within the 20 days provided by statute due to "unusual circumstances," including the need to search for and collect requested records from other Department offices or Foreign Service posts.

Professor Scoville has not heard anything further from your office. Would you please confirm the current status of this request?

I look forward to hearing from you.

Best,
Samantha

**Samantha Stroman**
Yale Law School | J.D. Candidate, Class of 2023
Media Freedom and Information Access Clinic
samantha.stroman@yale.edu
(240) 479-0406