# EXHIBIT E

**United States Department of State**

*Washington, D.C. 20520*

March 31, 2021

Charles Crain
Media Freedom and Information Access Clinic
Yale Law School
P.O. Box 208215
New Haven, CT 06520-8215

Email: charles.crain@ylsclinics.org

Dear Mr. Crain:

Thank you for your letter of March 31, 2021, concerning Freedom of Information Act ("FOIA") request number F-2020-04794, in which you note that the Department of State has not yet responded to Ryan Scoville's FOIA request.

The FOIA request is not subject to administrative appeal at this time, since no specific material has been denied in response to the request. Section (a)(6)(C) of the FOIA provides that a requester shall be deemed to have exhausted his administrative remedies if an agency fails to respond within the applicable time limit specified in the paragraph, which is 20 days (with certain exceptions). The requester, therefore, would not be required to appeal administratively before instituting suit in federal court. This provision does not, however, provide a basis for an administrative appeal of a request that is still being processed. Moreover, the lack of a substantive response to date is not the same as a response indicating that no documents were found.

I have confirmed that the request is being processed. The Department receives thousands of FOIA and Privacy Act requests each year and this one will be processed in turn. I have sent a copy of your letter to the office that has been assigned responsibility for processing the request. If you need further assistance, please contact the FOIA Requester Service Center at (202) 261-8484 or FOIAstatus@state.gov.

Sincerely,

/s/

Lori Hartmann
Appeals Officer
Office of Information Programs and Services