# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RYAN SCOVILLE,

    Plaintiff,

v.

    Case No. 22-CV-91

US DEPARTMENT OF STATE,

    Defendant.

## SCHEDULING ORDER

On September 29, 2022 the court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorneys James Friedman and Stephen Stich with law student Hannah Vester; on behalf of the defendant was Attorney Carol Federighi.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The parties shall make their initial disclosures pursuant to Fed. R. Civ. P. on or before **October 7, 2022**.

2. The parties are to complete fact discovery by **April 24, 2023**.

3. The parties' deadline to disclose expert witness designations and reports shall be **June 26, 2023**.

4. The parties' deadline to complete expert witness discovery shall be **August 28, 2023**.

5. Any motions for summary judgment by plaintiff shall be due by **September 18, 2023**.

6. Any defendant cross-motion for summary judgment and opposition to plaintiff's motion for summary judgment shall be due by **October 16, 2023**.

7. Any plaintiff reply in support of plaintiff's motion for summary judgment and opposition to defendant's cross-motion for summary judgment shall be due by **October 30, 2023**.

8. Any defendant reply in support of defendant's cross-motion for summary judgment shall be due by **November 13, 2023**.

9. If no dispositive motions are filed, the court will schedule a scheduling conference via Zoom soon after the dispositive motion deadline to discuss further scheduling of the case. If dispositive motions are filed, the court will schedule a scheduling conference via Zoom after resolving such motions to discuss further scheduling if resolution of the motions does not dispose of the case in its entirety.

10. If the parties are in need of any assistance, they are directed to contact the appropriate Courtroom Deputy for their case. Courtroom Deputy Ross Miller is responsible for all matters in which the case number ends in an odd number and can be reached at 414-297-3334; Ross_Miller@wied.uscourts.gov. Courtroom Deputy Evan Romel is responsible for all matters in which the case number ends in an even number and can be reached at 414-297-3297; Evan_Romel@wied.uscourts.gov.

Dated at Milwaukee, Wisconsin this 29th day of September, 2022.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge