UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RYAN SCOVILLE,

        Plaintiff,

v.

U.S. DEPARTMENT OF STATE,

        Defendant.

Civil Action No. 2:22-cv-91-NJ
ECF Case

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Civil L.R. 7.1(e)(1), I, Stephen Stich, hereby withdraw as counsel for Plaintiff Ryan Scoville. Brady Williamson and Rachel Davidson will continue as counsel for Professor Scoville.

Dated: December 21, 2022

Respectfully submitted,

*/s/ Stephen Stich*
Stephen Stich
MEDIA FREEDOM & INFORMATION
ACCESS CLINIC
YALE LAW SCHOOL
P.O. Box. 208215
New Haven, CT 06520
Tel: (520) 488-0486
stephen.stich@yale.edu

*Counsel for Plaintiff*