IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RYAN SCOVILLE,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT STATE,<br><br>   Defendant. | Case No. 2:22-cv-00091-NJ |

## JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

Plaintiff Ryan Scoville and Defendant U.S. Department of State (collectively, the "Parties") respectfully move for entry of a Protective Order agreed to by the Parties and submitted herewith.

Good cause exists for entry of the Protective Order. *See* Civil L. R. 26(e)(1). This case involves, *inter alia*, allegations that the State Department has an impermissible policy or practice of delay in responding to Freedom of Information Act ("FOIA") requests under 5 U.S.C. § 552. The Court denied Defendant's motion to dismiss the policy or practice claim. Discovery on this claim may require Defendant to produce information that it may not produce under the Privacy Act of 1974, 5 U.S.C. § 552a, without a court order. Discovery may also involve proprietary, private, and confidential information of the Parties and proprietary, private, and confidential information concerning non-parties. Entry of the Protective Order is therefore necessary to protect the Parties and non-parties in this litigation.

Agreed to by counsel for the Parties:

On February 9, 2023 for Plaintiff:

By: *s/ Brady Williamson*
Brady C. Williamson
GODFREY & KAHN, S.C.
State Bar No. 1013896
One East Main Street, Suite 500
Madison, WI 53703
Tel: (608) 257-3911
bwilliam@gklaw.com

By: *s/ Rachel Davidson*
Rachel Davidson
MEDIA FREEDOM & INFORMATION
ACCESS CLINIC
YALE LAW SCHOOL
P.O. Box 208215
New Haven, CT 06520
Tel: (617) 800-7842
Rachel.Davidson@yale.edu


On February 9, 2023, for the Defendant:

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov