IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RYAN SCOVILLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 2:22-cv-00091-NJ |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Christopher M. Lynch of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance on behalf of Defendant, United States Department of State, in the above-captioned case.

.

Dated: February 12, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8470 (fax)

christopher.m.lynch@usdoj.gov

*Counsel for Defendant*