# EXHIBIT 2

| | |
|---|---|
| **From:** | Dorrin Akbari |
| **To:** | Carol Federighi; Tobin Raju |
| **Cc:** | David Schulz; Williamson, Brady |
| **Subject:** | Scoville: Summary of 10/19 Meet and Confer |
| **Date:** | Friday, October 20, 2023 3:19:54 PM |

Hello Carol,

Please find a summary of our meet and confer on October 19, 2023, including action items, below. Let us know if you have any edits or additions.

Best,
Dorrin

**Summary of Oct. 19 Meet and Confer**

- **RFP 33**
  - State reported that some FOIA requests from 2016-2018 were transferred from Freedom2 to FOIAXpress because they were still ongoing at the time of the transition to FOIAXpress. As a result of the transfer, the file date on the requests is not accurately reflected in the system. So, State has asked that Plaintiff request a sample based on the FOIA request number instead.
  - **TO DO:** Plaintiff to provide State with a range of 10 numbers to be matched to FOIA request numbers. Using those numbers, State is to produce a sample of 10 records per year from 2016 to 2018.

- **RFP 34**
  - State reported that the list of hits previously presented to Plaintiff counted emails that had not been deduped or dethreaded.
  - **TO DO:** Plaintiff requested that State dedupe and dethread the emails responsive to our request so that we have a better understanding of the scope of the search and the soundness of any objection by State regarding burden.

- **30(b)(6) Deposition**
  - **Scheduling:** State indicated that Eric Stein is only available on Mondays both for the deposition itself and for prep. State reported the earliest deposition date would be in December.
    - **TO DO:** State to send Eric Stein's availability for December and January a few days before our Oct. 30th meet and confer.
  - **Notice:** State expressed concerns about Categories 6, 8, and 10 of the deposition notice.
    - **Category 6:** State noted it believes this Category was too broad.
      - **TO DO:** Plaintiff will provide additional detail for our request under Category 6, specifically, the meaning of "technological tools and platforms to improve State's processing of FOIA requests" and "capabilities and uses of the FOIA Xpress platform and eRecords archive."
    - **Category 8:** State noted that it believes most of the information under this Category would be subject to the attorney-client privilege.

        - Plaintiff replied that we do not believe that is the case, and State is free to invoke the privilege at deposition should it apply to specific questions. Plaintiff will provide additional detail at the October 30 meet and confer if further clarification is needed.
    - **Category 10:** State suggested this Category could instead be addressed in a written response from Ms. Federighi.
        - **TO DO:** Plaintiff agreed to take this suggestion to the broader team.

- <u>**Deficiency Letter**</u>
    - State relayed that they have started to draft their response to Plaintiff's deficiency letter but previewed some points in the meantime.
    - <u>**Deliberative Process Privilege**</u>
        - **TO DO:** State asked Plaintiff to send State a list of the documents redacted/withheld under the deliberative process privilege and highlight the key documents Plaintiff feels are relevant to our case. State will then review to decide if they want to reconsider invoking the privilege.
            - In providing this list, Plaintiff does not waive its argument that the deliberative process privilege does not apply when the process itself is at issue.
    - <u>**Timeline**</u>
        - State indicated they will not agree to the 2014 onward timeframe and are gathering cases regarding what constitutes a reasonable timeframe as part of their response.
        - Both sides agreed that this may be something that needs to be taken to Judge Joseph.

- <u>**Plaintiff's Most Recent FOIA Request (2021)**</u>
    - Plaintiff asked State if there were any updates on State's progress in processing the request.
    - State said it had no updates.
    - **TO DO**: Carol will follow up with State to inquire into the status of the processing.

- <u>**Summary of Action Items**</u>
    - **Plaintiff** to provide numbers for sampling of FOIAXpress reports for 2014-2016 FOIA requests (10 per year).
    - **State** to follow up about deduping and dethreading emails.
    - **State** to provide Eric Stein's November and December availability before our October 30th meet and confer.
    - **Plaintiff** to provide additional detail on 30(b)(6) notice Category 6.
    - **Plaintiff** to provide State with a list of key documents currently being withheld under the deliberative process privilege before our October 30th meet and confer.
    - **State** to provide reply to deficiency letter.
    - **State** to provide update on status of processing for Plaintiff's outstanding requests.

- <u>**Pending Action Items from 10/5 Meet and Confer**</u>
    - **State** to produce additional responsive documents located by state in response to RFPs 7 & 8.
    - **State** to confirm that all responsive documents in response to RFPs 10 & 21 have been produced.
    - **State** to provide more clarification on how the "autostem" feature works.

**Dorrin Akbari**
Yale Law School | J.D. Candidate, 2024
Media Freedom and Information Access Clinic (MFIA)
she/her/hers