# EXHIBIT 5

**From:** Dorrin Akbari
**To:** Christopher.M.Lynch@usdoj.gov
**Cc:** Tobin Raju; Dave Schulz; Ben Menke; Anna Selbrede; Andrew Rikard; Arjun Malik; Noah Kim
**Subject:** Re: Scoville: Summary of 2/7 Meet and Confer
**Date:** Thursday, February 15, 2024 6:29:20 PM

---

Hello Chris,

Per our conversation at the 2/7 Meet and Confer, Plaintiff would like to move forward with the 30(b)(6) deposition as soon as practicable. To that end, we ask that you please confirm whether State maintains its position regarding the 30(b)(6) deposition. As you may recall, State has represented that it would not make available a 30(b)(6) deponent until production for RFP 34 was substantially complete. If State is unwilling to make available a 30(b)(6) deponent by no later than March 29, 2024, we intend to file a motion to compel next week.

Please confirm State's position by this upcoming **Wednesday, February 21st**.

Thank you.

Best,
Dorrin

—
**Dorrin Akbari**
Yale Law School | J.D. Candidate, 2024
Media Freedom and Information Access Clinic (MFIA)
she/her/hers

---

**From:** Ben Menke <ben.menke@YLSClinics.org>
**Sent:** Wednesday, February 14, 2024 11:55 AM
**To:** Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Tobin Raju <tobin.raju@YLSClinics.org>
**Cc:** David Schulz <david.schulz@ylsclinics.org>; Arjun Malik <arjun.malik@YLSClinics.org>; Williamson, Brady <Bwilliam@gklaw.com>; Talbott Settle, Nicole <NTalbott@gklaw.com>
**Subject:** Scoville: Summary of 2/7 Meet and Confer

Dear Chris,

Please find below a summary of our meet and confer on February 7, 2024, including action items. Let us know if you have any edits or additions.

Best,
Ben

Summary of Feb. 7 Meet and Confer

Review of redacted documents

- Plaintiff asked when State would complete its re-review of documents that were redacted under the deliberative process privilege. State represented that the work on that review would be done by February 9, 2024, and Plaintiff should expect the revised redacted documents during the week of February 12.

Outstanding interrogatories

- Plaintiff requested an update on State's updated response to Interrogatories 11 and 12, and State's initial response to Interrogatories 26 through 30. State produced revised responses to Interrogatories 11, 12, 26-28, and 30 on February 9, 2024.

RFP 34 and emails

- Plaintiff requested an update on the State's progress processing emails that were responsive to the search terms Plaintiff proposed on December 1, 2023, and further clarified on December 11. State reported that it had just produced the document counts and deduplicated and threaded the results. State provided an update on the document counts on February 9, 2024 and Plaintiff is reviewing those results.
- State represented that the volume of emails was beyond the bounds of reasonable need for this case, and that parties would need to make the volume smaller.
- As it understood, threading decreased the number of results from around 18,600 emails to around 13,000 emails, but could not speak about the technical side of things.
- State reported that the emails are uploaded in a searchable discovery platform, and that it would send a breakdown of the number of results for each search. State provided an update on the document counts on February 9, 2024 and Plaintiff is reviewing those results.

30b6 deposition

- Plaintiff stated that he would like to take the 30(b)(6) deposition as soon as possible and sought to clarify State's position on a deposition date. State could not give an answer on that question, but represented that it would take a while to prepare the deponent, and in any event would not be soon.
- Plaintiff requested State's position on whether State would make a deponent available before RFP 34 production was complete. State reported that it would follow up on that question after counsel had a chance to follow up. Counsel did not know when he would hear back from State.

ROG 24 and RFP 32 [*Open America*]

- State reiterated its position that *Open America* stays are neither relevant nor responsive to the needs of the case, as it represented in its response to Plaintiff's letter regarding deficiencies in production from October 6.
- Plaintiff reported that it would file a motion to compel production on that issue, and that said motion would possibly include an order to compel the production of a 30(b)(6) deponent.

Summary of action items

- State to produce documents with revised redactions.
- State to report its position on the timeline of determining the availability of a 30(b)(6) deponent.