# EXHIBIT 8

| | |
|---|---|
| **From:** | Tobin Raju |
| **To:** | Lynch, Christopher M. (CIV) |
| **Cc:** | Dorrin Akbari; Noah Kim; Arjun Malik; Ben Menke; Andrew Rikard; Anna Selbrede; David Schulz; Williamson, Brady; Talbott Settle, Nicole |
| **Subject:** | [Scoville] Summary of March 7, 2024 Meet & Confer |
| **Date:** | Thursday, March 7, 2024 6:22:00 PM |
| **Attachments:** | image001.png |

Chris,

Good to speak with you today. Please find below a summary of our March 7, 2024 meet and confer. Please let me know if you have any revisions.

Best,
Tobin
\*\*\*

**Scheduling Order**
- Plaintiff proposed amending the scheduling order to extend the current deadline by six months.
    - Chris will take the proposal back to State.
    - **Plaintiff requests State's position on the proposed schedule by Monday, March 11.**
    - Plaintiff's proposed amended scheduling order is below:

| Item | Current Deadline (Per ECF 41) | Proposed Amendment |
|---|---|---|
| Deadline to Serve Written Discovery | 3/22/2024 | 9/18/2024 |
| Close of Fact Discovery | 5/3/2024 | 10/30/2024 |
| Disclose expert designations | 5/10/2024 | 11/6/2024 |
| Exchange of expert reports | 6/14/2024 | 12/11/2024 |
| Rebuttal expert designations | 7/19/2024 | 1/15/2025 |
| Close of Expert Discovery | 8/16/2024 | 2/12/2025 |
| Daubert Motions | 9/27/2024 | 3/26/2025 |
| Pl's Motion for Summary Judgment | 9/27/2024 | 3/26/2025 |
| Response to Daubert Motions | 11/8/2024 | 5/7/2025 |
| Def's cross motion for Summ. J. | 11/8/2024 | 5/7/2025 |
| Pl's Reply iso Motion for Summ. J. | 12/6/2024 | 6/4/2025 |
| Replies iso Daubert Motions | 12/6/2024 | 6/4/2025 |
| Def's reply iso Mot. for Summ. J. | 1/10/2025 | 7/9/2025 |

**30(b)(6) Deposition**
- Plaintiff asked State to confirm the deponent's preferred location for the deposition.
    - **Chris will check with State on whether the deponent would prefer Ballard Spahr or another location.**
- Topic 10

- Plaintiff and State are in agreement that Plaintiff will not depose a witness on Topic 10, provided that State continues to provide information on what it has been doing to identify records responsive to discovery requests via counsel.
- Topic 6
    - Plaintiff and State are in agreement that the first and third bullets of Topic 6 will be limited as explained in Plaintiff's November 16, 2023 email.
    - On the second bullet, Plaintiff reserves the right to inquire about other technological platforms State may use to process FOIA requests, besides FOIA Xpress and eRecords.
- Topic 8
    - Plaintiff and State agree to the previous limits on Topic 8, except for State's continued objection to the third bullet regarding *Open America* stays.
    - The parties are unable to reach agreement on the third bullet of Topic 8.
    - Plaintiff will file a motion to compel relating to the third bullet of Topic 8.
- Scope of 30(b)(6) Timeframe
    - Plaintiff disagrees with State's belated objection to the 30(b)(6) time period and assertion that March 2020 to the present should be the time period.
    - The parties are unable to reach agreement on the relevant time period for the 30(b)(6) deposition.
    - Plaintiff will file a motion to compel on this matter.
- Topic 9
    - State represents that it will not prepare its deponent to testify on State's processing of Plaintiff's FOIA requests which were subject to closed prior litigation.
    - Plaintiff disagrees with State's belated objection to deposing State on Plaintiff's FOIA requests filed before March 2020.
    - Plaintiff disagrees with State's belated objection to deposing State on Plaintiff's FOIA requests on or after March 2020 invoking attorney work product and attorney client privilege.
    - The parties are unable to reach agreement on this issue.
    - Plaintiff will file a motion to compel on this matter.
- Deliberative Process Privilege
    - Plaintiff explained that it would oppose general assertions of the deliberative process privilege to prevent testimony on State's decision-making process of Defendant's FOIA program that are the subject of this litigation.
    - The parties are unable to reach agreement on this issue.
    - Plaintiff will seek the court's guidance on this issue.

**RFP 34**
- Plaintiff and State disagree on State's narrowing of RFP 34 to the timeframe from March 2020 to Present.
    - **Plaintiff will consider State's offer and send a response to State's proposal in the next week.**

_____

**Tobin Raju**
Clinical Lecturer | Newmark Fellow
Media Freedom & Information Access Clinic

Yale Law School
127 Wall St., P.O. Box 208215, New Haven, CT 06511
(203) 436-5836 [Office]

