

ABRAMS INSTITUTE FOR FREEDOM OF EXPRESSION

Yale Law School

April 19, 2024

**By ECF**
The Honorable Nancy Joseph
United States Magistrate Judge
Eastern District of Wisconsin
United States Federal Building and Courthouse
517 E. Wisconsin Ave
Milwaukee, WI 53202

    Re: <u>*Scoville v. U.S. Department of State*, No. 2:22-cv-00091-NJ –
       Joint request for extension of time to submit proposals for amended
       scheduling order</u>

Dear Judge Joseph:

  The parties write pursuant to the Court's April 4, 2024 Minute Order [Doc. 50], directing the parties to submit a joint proposal for amending the operative scheduling order [Doc. 41]. Despite additional conferences between parties' counsel, the parties have yet to agree on a joint proposal and request an extension until Monday, April 22, 2024, to submit a joint proposal or competing proposals.

                Respectfully submitted,

*/s/Christopher M. Lynch*       */s/ Tobin Raju*
CHRISTOPHER M. LYNCH     Tobin Raju, No. 5638523
(D.C. Bar No. 1049152)       Media Freedom and Information Access Clinic
Trial Attorney           Yale Law School
U.S. Department of Justice      P.O. Box 208215
Civil Division, Federal Programs Branch New Haven, CT 06520
1100 L St. NW          Tel: (203) 436-5836
Washington, DC 20005       tobin.raju@ylsclinics.org
(202) 353-4537 (phone)
(202) 616-8470 (fax)        */s/ Brady C. Williamson*
christopher.m.lynch@usdoj.gov    Brady C. Williamson
                 GODFREY & KAHN, S.C.
*Counsel for Defendant*       State Bar No. 1013896
                 One East Main Street, Suite 500
                 Madison, WI 53703
                 Tel: (608) 257-3911
                 bwilliam@gklaw.com

                 *Counsel for Plaintiff*