UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**RYAN SCOVILLE,**

    **Plaintiff,**

  v.                                          Case No. 22-CV-91

**U.S. DEPARTMENT OF STATE,**

    **Defendant.**

## SECOND AMENDED SCHEDULING ORDER

The Amended Scheduling Order dated November 6, 2023 is further amended as follows:

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. Deadline to serve requests for production of documents: **May 6, 2024**.

2. Deadline to serve interrogatories and requests for admission: **June 20, 2024**.

3. Deadline to complete fact discovery: **July 31, 2024**.

4. Deadline to disclose expert designations: **September 9, 2024**.

5. Deadline for exchange of expert reports: **September 9, 2024**.

6. Deadline to disclose rebuttal expert designations and exchange rebuttal reports: **October 7, 2024**.

7. Deadline to complete expert discovery: **October 31, 2024**.

8. Deadline for any *Daubert* motions: **November 22, 2024**.

9. Plaintiff's motion and supporting materials for summary judgment due: **November 22, 2024**.

10. Responses to *Daubert* motions due: **January 6, 2025**.

11. Defendant's cross motion for summary judgment and opposition to Plaintiff's motion for summary judgment due: **January 6, 2025**.

12. Any replies in support of *Daubert* motions due: **February 3, 2025**.

13. Plaintiff's reply in support of motion for summary judgment and opposition to defendant's cross-motion due: **February 3, 2025**.

14. Defendant's reply in support of cross motion for summary judgment and opposition to Plaintiff's motion: **March 3, 2025**.

15. If no dispositive motions are filed, the court will schedule a scheduling conference via Zoom soon after the dispositive motion deadline to discuss further scheduling of the case. If dispositive motions are filed, the court will schedule a scheduling conference via Zoom after resolving such motions to discuss further scheduling if resolution of the motions does not dispose of the case in its entirety.

16. If the parties are in need of any assistance, they are directed to contact the appropriate Courtroom Deputy for their case. Courtroom Deputy Ross Miller is responsible for all matters in which the case number ends in an odd number and can be reached at 414-297-3334; Ross_Miller@wied.uscourts.gov. Courtroom Deputy Evan Romel is responsible for all matters in which the case number ends in an even number and can be reached at 414-297-3298; Evan_Romel@wied.uscourts.gov.

Dated at Milwaukee, Wisconsin this 23rd day of April, 2024.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge