UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RYAN SCOVILLE

Plaintiff,

v.

U.S. DEPARTMENT OF STATE,

Defendant.

Case No. 2:22-cv-00091-NJ

## JOINT CIVIL L.R. 7(H) EXPEDITED NON-DISPOSITIVE MOTION TO AMEND SCHEDULING ORDER

The Parties respectfully seek non-dispositive relief through this expedited motion brought pursuant to Civil Local Rule 7(h). The Parties jointly request the Court to amend the Scheduling Order (Doc. 53) to extend the current deadlines as set forth below. Good cause exists to facilitate the parties' efficient preparation and presentation of information to the Court and to align with the academic schedule to enhance the ability of student counsel to participate in the substantive work on the case.

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the COURT, to amend the Scheduling Order (Doc. 53) as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Deadline to Disclose Expert Designations and for Exchange of Expert Reports | September 9, 2024 | October 4, 2024 |
| Deadline to Disclose Rebuttal Expert Designations and for Exchange of Rebuttal Expert Reports | October 7, 2024 | November 12, 2024 |
| Deadline to Complete Expert Discovery | October 31, 2024 | December 13, 2024 |
| Plaintiff's Motion for Summary Judgment | November 22, 2024 | February 3, 2025 |
| Deadline for any *Daubert* Motions | November 22, 2024 | February 3, 2025 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Cross-motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment | January 6, 2025 | March 21, 2025 |
| Responses to any *Daubert* Motions | January 6, 2025 | March 21, 2025 |
| Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Cross-motion for Summary Judgment | February 3, 2025 | April 18, 2025 |
| Replies in support of any *Daubert* Motions | February 3, 2025 | April 18, 2025 |
| Defendant's Reply in Support of Defendant's Cross-motion for Summary Judgment | March 3, 2025 | May 16, 2025 |

For good cause shown, the Parties respectfully request that the Court amend the Scheduling Order as proposed herein.

Dated: September 5, 2024

*/s/ Brady C. Williamson*
Brady C. Williamson
GODFREY & KAHN, S.C.
State Bar No. 1013896
One East Main Street, Suite 500
Madison, WI 53703
Tel: (608) 257-3911
bwilliam@gklaw.com

Respectfully submitted,

*/s/ Tobin Raju*
Tobin Raju, No. 5638523
MEDIA FREEDOM & INFORMATION ACCESS CLINIC
YALE LAW SCHOOL
P.O. Box. 208215
New Haven, CT 06520
Tel: (203) 436-5836
tobin.raju@YLSClinics.org

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*s/Christopher M. Lynch*
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L St. NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8470 (fax)
christopher.m.lynch@usdoj.gov

*Counsel for Defendant*