UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RYAN SCOVILLE
Plaintiff,
v.
U.S. DEPARTMENT OF STATE,
Defendant.

Case No. 2:22-cv-00091-NJ

**PLAINTIFF'S UNOPPOSED MOTION FOR LAW STUDENT APPEARANCES**

Pursuant to E.D. Wis. Local Rule 84, Plaintiff Ryan Scoville moves for permission for law students Morgan Baker, Rick Da, Andrea DenHoed, Noah Kim, and Anna Selbrede to appear on his behalf in this matter. Ms. Baker, Mr. Da, Ms. DenHoed, Mr. Kim, and Ms. Selbrede are students at Yale Law School, an ABA-accredited law school. As required by Local Rule 84(b)(3), they have each supplied undersigned counsel with a letter indicating that they are in good standing and have completed at least two semesters of legal training. *See* Exhibits A–E. Undersigned counsel will assume all supervisory responsibilities under Local Rule 84(c).

As required by Local Rule 84(a), undersigned counsel have obtained Plaintiff's written consent that Ms. Baker, Mr. Da, Ms. DenHoed, Mr. Kim, and Ms. Selbrede appear on his behalf. Defendant has indicated it does not oppose this motion.

Dated: February 12, 2025

/s/ *Hunter Van Asten*
Hunter Van Asten
GODFREY & KAHN, S.C.
State Bar No. 1131631
833 E Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Tel: (414)-273-3500
hvanasten@gklaw.com

Respectfully submitted,

/s/ *Tobin Raju*
Tobin Raju
MEDIA FREEDOM & INFORMATION
ACCESS CLINIC
YALE LAW SCHOOL
P.O. Box. 208215
New Haven, CT 06520
Tel: (203) 436-5836
tobin.raju@yale.edu
*Counsel for Plaintiff*

# EXHIBIT A



# Yale Law School
OFFICE OF THE REGISTRAR

February 11, 2025

TO WHOM IT MAY CONCERN:

This is to certify that **Morgan Baker** is currently enrolled as a full-time student in good standing at Yale Law School for the spring 2025 term and has completed more than two semesters.

Yale Law School is a charter member of the American Bar Association since 1923.

Morgan Baker is expected to receive their Juris Doctor degree May 2026.

Sincerely,

*Heather Abbott*

Heather Abbott
Registrar

ha/kh

TELEPHONE 203 432-1678 • FACSIMILE 203 432-7069

P.O. BOX 208215, NEW HAVEN, CONNECTICUT 06520-8215

COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511 • EMAIL REGISTRAR.LAW@YALE.EDU

# EXHIBIT B



# Yale Law School

OFFICE OF THE REGISTRAR

February 11, 2025

TO WHOM IT MAY CONCERN:

This is to certify that **Rick Da** is currently enrolled as a full-time student in good standing at Yale Law School for the spring 2025 term and has completed more than two semesters.

Yale Law School is a charter member of the American Bar Association since 1923.

Rick Da is expected to receive their Juris Doctor degree May 2026.

Sincerely,

*Heather Abbott*

Heather Abbott
Registrar

ha/kh



TELEPHONE 203 432-1678 • FACSIMILE 203 432-7069

P.O. BOX 208215, NEW HAVEN, CONNECTICUT 06520-8215

COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511 • EMAIL REGISTRAR.LAW@YALE.EDU

# EXHIBIT C



# Yale Law School

OFFICE OF THE REGISTRAR

February 11, 2025

TO WHOM IT MAY CONCERN:

This is to certify that **Andrea DenHoed** is currently enrolled as a full-time student in good standing at Yale Law School for the spring 2025 term and has completed more than two semesters.

Yale Law School is a charter member of the American Bar Association since 1923.

Andrea DenHoed is expected to receive their Juris Doctor degree May 2026.

Sincerely,

Heather Abbott
Registrar



ha/kh

TELEPHONE 203 432-1678 • FACSIMILE 203 432-7069

P.O. BOX 208215, NEW HAVEN, CONNECTICUT 06520-8215

COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511 • EMAIL REGISTRAR.LAW@YALE.EDU

# EXHIBIT D



# Yale Law School
OFFICE OF THE REGISTRAR

February 11, 2025

TO WHOM IT MAY CONCERN:

This is to certify that **Noah Kim** is currently enrolled as a full-time student in good standing at Yale Law School for the spring 2025 term and has completed more than two semesters.

Yale Law School is a charter member of the American Bar Association since 1923.

Noah Kim is expected to receive their Juris Doctor degree May 2025.

Sincerely,

Heather Abbott
Registrar



ha/kh
TELEPHONE 203 432-1678 • FACSIMILE 203 432-7069

P.O. BOX 208215, NEW HAVEN, CONNECTICUT 06520-8215

COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511 • EMAIL REGISTRAR.LAW@YALE.EDU

# EXHIBIT E



# Yale Law School

OFFICE OF THE REGISTRAR

February 11, 2025

TO WHOM IT MAY CONCERN:

This is to certify that **Anna Selbrede** is currently enrolled as a full-time student in good standing at Yale Law School for the spring 2025 term and has completed more than two semesters.

Yale Law School is a charter member of the American Bar Association since 1923.

Anna Selbrede is expected to receive their Juris Doctor degree May 2026.

Sincerely,

Heather Abbott
Registrar



ha/kh

TELEPHONE 203 432-1678 • FACSIMILE 203 432-7069

P.O. BOX 208215, NEW HAVEN, CONNECTICUT 06520-8215

COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511 • EMAIL REGISTRAR.LAW@YALE.EDU

Case 2:22-cv-00091-NJ    Filed 02/12/25    Page 11 of 11    Document 57