UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RYAN SCOVILLE<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00091-NJ |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Ryan Scoville hereby moves for summary judgment on Plaintiff's Third Claim pursuant to Federal Rule of Civil Procedure 56(a). The reasons for this motion are set forth in the accompanying memorandum.

Pursuant to Civil Local Rule 56(b)(1), Plaintiff has filed a memorandum of law, a statement of proposed material facts as to which the moving party contends there is no genuine issue and that entitle the moving party to judgment as a matter of law, and declarations and other materials referred to in Federal Rule of Civil Procedure 56(c). There are no material facts to which the parties have stipulated.

Dated: February 18, 2025　　　　　　　　　Respectfully submitted,

*/s/ Hunter Van Asten*　　　　　　　　　　　*/s/ Tobin Raju*
Hunter Van Asten　　　　　　　　　　　　　Tobin Raju
GODFREY & KAHN, S.C.　　　　　　　　　MEDIA FREEDOM & INFORMATION
State Bar No. 1131631　　　　　　　　　　 ACCESS CLINIC
One East Main Street, Suite 500　　　　　　YALE LAW SCHOOL
Madison, WI 53703　　　　　　　　　　　　P.O. Box. 208215
Tel: (608) 257-3911　　　　　　　　　　　　New Haven, CT 06520
HVanAsten@gklaw.com　　　　　　　　　Tel: (617) 800-7842
　　　　　　　　　　　　　　　　　　　　　Tobin.raju@YLSClinics.org

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*