# EXHIBIT 52

# THE SECRETARY OF STATE

**WASHINGTON**

Dear Colleagues,

The Freedom of Information Act (FOIA) is a law that allows the American people to request records from federal agencies to promote more transparency and accountability throughout government.

When I accepted the job as Secretary, I pledged to uphold the Constitution and the laws of the United States. Part of that responsibility includes responding to FOIA requests in a timely manner.

Unfortunately, the Department currently sits on a significant backlog of FOIA requests stretching back almost a decade with over 13,000 requests outstanding. I have been advised that following our current practices and resources, it may take over two years to address that backlog, assuming the current level of FOIA requests remain constant.

In order to reduce this time and further the core FOIA goals of transparency and accountability, the State Department is committing more resources and workforce to address this backlog over the coming months. Accordingly, the FOIA office will be implementing new processes designed to improve our FOIA review in both the short and long-term. FOIA compliance is the responsibility of every bureau and every employee. The FOIA office will be reaching out to each bureau over the coming days to outline the tasks specific to that bureau. This new process will require that every bureau commit the resources and workforce necessary to succeed in this effort while ensuring a robust process that complies with the law. We will clear the backlog while still maintaining the highest standards of quality.

This initiative will also provide us with the opportunity to incorporate what we learn and further improve our processes in the future. We welcome your suggestions which can be sent to FOIASurge@state.gov.

Thank you for your support, as we all work towards our goal of a more responsive, more accountable, and more transparent State Department.

Sincerely,

Rex W. Tillerson
Secretary of State

© 2018 Information Programs and Services A/GIS/IPS | 515 22nd Street NW, SA-02, Washington, D.C. 20037