# EXHIBIT 53

**Freedom of Information Act (FOIA) Surge Frequently Asked Questions**

**October 12th, 2017**

**Summary:** The Secretary has directed the Department to reduce its FOIA backlog by the end of December 2017. The Department is dedicating internal resources for the next 90 days to A/GIS/IPS (FOIA office) to meet this deadline in the form of a Bureau level DASes, Bureau volunteers, Pathways, Y-tours, and new WAEs.

**Contacts:**

- A/EX FOIA Surge (found in the GAL) for administrative and executive office questions
- FOIASurge (found in the GAL) for programmatic FOIA questions
- Mary Avery, A/GIS DAS for DAS level questions

**What are the resources that are going to be dedicated to this FOIA Surge?**

- **Bureau DAS** - each Bureau has dedicated a senior level DAS to the FOIA Surge. These individuals will be responsible for overseeing Bureau level taskings and working with their Bureau volunteers to ensure action is taken. DAS POCs can be found on the A/EX FOIA Surge site. Any questions on DAS level engagement can be directed to A/GIS DAS, Mary Avery.
- **Bureau volunteers (~150) -** each Bureau was given a Bureau volunteer tax and has submitted names to A/EX FOIA Surge. Volunteers can be found on the A/EX FOIA Surge site and will work FULL TIME from their respective office locations on the FOIA cases that are assigned to their respective Bureau. If they do not have access to Class Net, they need to contact A/EX FOIA Surge (in the GAL) so an accommodation can be made.
- **Pathways (~100) -** all Pathways have been redirected to now work FULL TIME on the FOIA Surge project. Pathways will be relocated to SA-2 (A/GIS/IPS) to work. A/EX FOIA Surge (in the GAL) will be contacting Pathways the week of October 10th to give instructions about the relocation and next steps. The most updated list of Pathways can be found on the A/EX FOIA Surge site.
- **Y-tours (~25) -** the A Bureau has been working with HR to accommodate Y tours and directed assignments. If Bureaus have interested Y tour candidates, please contact A/EX FOIA Surge (in the GAL).
- **WAEs-** HR received an exemption from the Secretary to bring on up to 200 new WAEs. These WAEs will be centrally paid for and will work in A/GIS for the next 90 days. HR Charleston is collecting resumes and handling these new appointments centrally. Please contact HRSEU@state.gov.

**What is the existing FOIA Working Group?**

These are individuals within each Bureau that are already dedicated to FOIA for their respective Bureau. The list of these individuals can be found on the A/EX FOIA Surge Site and currently work from their respective Bureaus. We encourage DAS and Bureau volunteers to use these

individuals as a reference for FOIA within their Bureaus. For the FOIA Surge project, they will be specifically designated to FOIA litigation.

**Will Bureau DASes and volunteers be expected to relocate to another annex?**
No, Bureau volunteers can stay in their current locations if they have access to a ClassNet terminal full time. If they do not have this capability, please indicate so in the attachment sent to A/EX FOIA Surge so that space and access can be accommodated.

**Will Pathways be expected to relocate to another annex?**
Yes, all Pathways will be relocated to SA2 so that they can work on the FOIA Surge project full time. A/EX FOIA Surge (in the GAL) will contact them the week of October 10th with next steps on relocating, new A/GIS/IPS team leads, and other information.

**Can Bureaus identify volunteers without ClassNet options?**
Yes, while access to ClassNet within Bureau space is preferred, we will find ClassNet space for individuals and/or adjust taskings if needed. Please inform A/EX FOIA Surge (in the GAL) if Bureau individuals do not have access to ClassNet.

**How do I get a Class Net account?**

Detailed guidance on Class Net accounts if forthcoming.

**Can employees' job share to fulfill the Bureau tax?**
Yes, while not ideal, we can accommodate job sharing on a limited basis.

**Will new WAEs be paid for centrally while they work for FOIA?**
Yes, as new WAEs are appointed, they will be paid for centrally and assigned directly to A/GIS/IPS for 90 days. The exemption waiver for new WAEs was approved by the Secretary and is being centrally managed by HRSS through HRSEU@state.gov.

**Will current WAEs that work more than originally budgeted (by the Bureau) be paid for centrally?**
No, Bureaus are expected to cover these costs.

**Are Y-tour counted towards the Bureau volunteer tax?**
No, they are in addition to the Bureau volunteer tax. Y tours are also handled separately through A/EX FOIA Surge (POC is Trudy Wong You). Y-tours will be assigned to A/GIS/IPS and will work out of SA2.

**Are Pathways counted towards the Bureau tax?**
No, they are in addition to the tax. Pathway coordinators have been contacted separately to assign all Pathways to the FOIA project. Information on Pathways is due to A/EX FOIA Surge by COB, Wednesday, October 4th (POC is Margie Jones). Pathways will be relocated to A/GIS in SA2 so that they can have full access to ClassNet. Pathways will play a critical role in analyzing, consolidating, and tracking FOIA cases. A/EX FOIA Surge is working to relocate Pathways the week of October 16th and will be contacting them and their supervisors directly.

**Can contractors be substituted for FTE as part of the Bureau tax?**
Yes, contractors can be substituted for employees; however, please be aware that contractors cannot make final determinations about the release or withholding of information because that is considered inherently governmental work. Contractors can also conduct review of records to see if they are responsive for requests and propose redactions of information within records. Any final release or withholding decisions of information in any such records will need to be made by a government official; there should be documentation proving that a government official is signing off on the proposals made by the contract employee.

**Can employees who have current telework agreements maintain their schedule and telework flexibility?**
Yes, while not ideal, we can accommodate some telework flexibility. A majority of the work is done on ClassNet and thus the Bureaus will be expected to manage workload issues.

**Can the DAS level responsible be swapped if on travel?**
Yes, please let the A/EX FOIA Surge teams know of dates.

**Are PMFs included in the Pathways tasker?**
No, PMFs are also not included at this time.

**What training will be provided for volunteers?**
A/GIS are providing two FOIA training courses for volunteers:

1. FOIA Back to Basics Campaign for All Department FOIA Employees (FOIA 101) - Introduction to FOIA. Registration for this course is online: http://a.m.state.sbu/sites/gis/Training/SitePages/CourseDetails.aspx?CourseID=10)
2. FOIA Training Part 2: How to Conduct, Review and Complete FOIA Redactions Briefing – (FOIA 201). Registration for this course is online: http://a.m.state.sbu/sites/gis/Training/SitePages/CourseDetails.aspx?CourseID=23)

In addition to the two FOIA training courses, volunteers should also take the following two courses through FSI's distance learning center (if you have not already done so):

1. PA459 – Protecting Personally Identifiable Information (Registration for this course is online: http://reg.fsi.state.sbu/CourseCatalog.aspx?EventId=PA459)
2. PK323 – Classified and Sensitive But Unclassified Information: Identifying and Marking (Registration for this course is online: http://reg.fsi.state.sbu/CourseCatalog.aspx?EventId=PK323)

**Will there be training for the senior level DAS POC?**
Yes, the FOIA office will be conducting an Executive Training for FOIA DAS principals. A schedule is forthcoming.

**How will work be allocated?**
The first tasking went out via email on Friday, October 6th. However, moving forward, the FOIA office will be tasking out FOIA cases on a weekly basis through myData FOIA application (in



Case 2:22-cv-00091-NJ Filed 02/18/25 Page 4 of 7 Document 63-53
SCO_00000378

development). Progress against the FOIA backlog will be tracked through myData and will give Bureaus and executive leadership real time status. The FOIA office assumes that DASes will be tracking their taskings as needed. Training will be provided.

**Will there be overtime pay?**

Yes, overtime will be paid out of central funds. Overtime hours should be coordinated between the employee and supervisor in advance of being performed. The employee and supervisor are required to complete the Form DS-3060 - Authorization of Premium Compensation (available via myData). The A Bureau will be advising CGFS of employees dedicated to the FOIA Surge on a regular basis so that OT is charged to the A Bureau and not to the respective Bureaus.

**As a Reemployed Annuitant/When Actually Employed (REA/WAE) employee, am I entitled to overtime (OT)?**

Reemployed Annuitant/When Actually Employed (REA/WAE) employees are entitled to overtime. Additional hours should be reported as overtime (OT) and are not counted toward the 1040 hours cap. See 5 CFR § 213.104(b) (3) (i). Employees in Fair Labor Standards Act (FLSA) non-exempt positions are entitled to OT compensation for work performed in excess of 8 hours per day or 40 hours per week, pursuant to the FLSA, without any pay restrictions. Employees in FLSA exempt positions are also entitled to OT compensation for OT work that had been ordered or approved in advance, but is subject to the bi-weekly pay cap. OT hours worked should be recorded on the time and attendance (T&A) report as OT not RD (Regular Duty).

**Can part-time employees receive comp time or overtime (OT)?**

Yes, a part-time employee is eligible for comp time or overtime if the employee works in excess of eight hours in a day or 40 hours in a work week, subject to the regular requirements associated with overtime work.

See FAM sections Premium Compensation 3 FAM 3133 Overtime and Compensatory Time Off, and 3 FAM 2336.4-1 Establishing a Part-time Work Schedule:
A part-time employee may work more hours than scheduled if needed, usually no more than two consecutive pay periods, and is eligible for compensation at his or her rate of basic pay for the additional hours if not exceeding eight in a day or 40 in a workweek. The employee's overtime rate is payable for hours in excess of eight in a day or 40 in a workweek.
Overtime hours should be coordinated between the employee and supervisor in advance of being performed. If an emergency situation arises or essential work is tasked to an employee to be performed after hours, the hours may be approved by the supervisor after they've been performed. Under Title 5, if a FLSA-exempt employee works overtime without their supervisor's consent, it is possible that the supervisor may not approve compensation for the overtime hours worked.

The employee and supervisor are required to complete the appropriate form, Form DS-3060 for Exempt employees, and Form DS-3065 for Non-exempt employees, prior to the employee performing the overtime work. (Find a form at: http://eforms.a.state.sbu/searchform.aspx).
Please see the HR/RMA website to see whether the approved irregularly scheduled OT hours worked may be compensated; and if they are, whether the employee would accrue overtime pay

or compensatory time off: http://intranet.hr.state.sbu/benefits_compensation/compensation/Lists/OvertimeQRef/AllItems.aspx.

**Under the Fair Labor Standards Act (FLSA) who determines if an employee is non-exempt or exempt?**

The FLSA designation determination is made by Human Resources personnel and is based upon the duties being performed in the position. The initial designation is generally assigned to the position at the time the job is created and the position description is drafted, or when the position is being filled. Since the designation must be based upon current duties actually being performed, the Department periodically reviews the designations of positions throughout the agency. In order to be designated as exempt, the duties and responsibilities must clearly meet the exemption criteria defined in Subpart B of 5 CFR 551. Pursuant to a review, or if there is a change in duties or position, the designation may change from non-exempt to exempt or vice versa as appropriate under the statute.

**When can Fair Labor Standards Act (FLSA) non-exempt employees opt to receive comp time off instead of overtime (OT) pay?**
If the overtime work is scheduled after the administrative workweek has already begun, it is irregular overtime and the non-exempt employee may request comp time off, overtime pay, or a combination of both. Also, an employee on an official flexible work schedule may request comp time off in lieu of overtime pay for officially ordered or approved overtime.

**How is overtime pay/comp time for exempt employees handled?**
The employee must be eligible to receive premium pay under Title 5 (Exempt GS, untenured generalists, and FS specialists are eligible; tenured generalists are ineligible) For overtime pay, the work must be ordered in advance of the administrative work week (00:01 Sunday to 24:00 Saturday- this is worldwide, regardless of work schedules) If the overtime hours are scheduled after the workweek has already begun, the overtime hours are considered "irregular" or "unscheduled" and one would compare the employee's salary to the BASIC pay of a GS10/10, including whatever locality or comparability pay percentage is applicable for the employee's PERMANENT duty station location. If the salary is equal to or less than the BASIC pay of a GS 10/10, the employee may elect overtime pay or comp time off. If the salary of the employee is greater than that of the BASIC pay of a GS 10/10, the employee may ONLY earn compensatory time off.

**With respect to the Fair Labor Standards Act (FLSA) what is a *non-exempt employee*?**
A non-exempt employee is one whose overtime compensation is governed by the FLSA. A non-exempt employee is entitled to compensation for overtime work performed even if that work was not officially ordered or approved (5 CFR 551).

**Under the Fair Labor Standards Act (FLSA) must the Department compensate a non-exempt employee for every minute that he/she works?**
The smallest fraction of an hour used to calculate overtime compensation in the domestic payroll system is a quarter of an hour. For non-exempt employees, all regular overtime must be compensated. Therefore, if the employee performs regularly scheduled overtime for a period of less than 15 minutes, the time should be rounded up to one quarter of an hour for reporting purposes. The rule is slightly different for irregular overtime. Under the FLSA, irregular overtime work that is considered "de minimis" is not compensable. As a general rule, if the non-exempt employee performs irregular overtime work for 7 minutes or less, that work is considered "de minimis" and will not be compensated. However, if the irregular overtime work is performed for more than 7 minutes, any odd minutes should be rounded up to the nearest quarter of an hour.