# EXHIBIT 54

**Bureau Weekly Feedback Meeting (Bunche Library)**

**01/25/2018**

Updates from Eric Stein, A/GIS/IPS

- Next week's Bureau Feedback meeting will take place either Wednesday or Friday. Please look out for an e-mail from Mary Avery and an announcement on the Surge site with further details.
- Our OpenNet and ClassNet sites now identify which cases are in "Expedited" status. In prioritizing cases for action, the Litigation cases are at the top, followed by the Expedited cases, and, on an equal basis, the oldest cases on a "First In/First Out" basis. Eric noted that, by 1/16, we'll have a list of the 100 oldest cases posted on the Surge Site, ranging from 2006 to 2009.
- In addition to the three priority categories, Eric also recommended looking out for any cases that can easily be closed.
- Eric indicated that Pathways interns working on the Surge can expect to remain in place until late March or mid-April, at which point their details will wind down. After that point, he expects to transition away from the surge approach.
- Speaking with the Senate Foreign Relations Committee earlier this week, Eric emphasized that our goal is to comply with the law and eliminate the backlog.
- In terms of numbers, our overall backlog, including incoming cases, has continued its downward trend to 10,600 cases. The backlog of 13,000 cases measured this past September is now down to 8300. This constitutes a 36 or 37% reduction, which is considered rare, in fact so noteworthy that the DoJ and the National Archives have suggested publicizing this accomplishment for other agencies to emulate. Eric indicated that the Secretary of State and other senior-level Department officials continue to focus on the 8300 figure.

Questions/Issues

Q: A requester is seeking an internal agency guidebook, and it's not clear how the requester even knows of the existence of the document.

  - If the requester is asking for a document which we possess, we have to review the document line by line to determine if any of the exemptions apply. If none of the exemptions are applicable, we must release the document.

Q: The requester is seeking the Department of State weekly cabinet report, an unclassified document listing the Department principals' travel and activities.

  - Review the document and apply the exemptions as appropriate.

Q: We have several new staff members. When can they take the FOIA 101 and FOIA 102 classes?



RE-PRODUCED 09.08.2023 SCO_00000401

- We'll set new dates and will publicize them on the Surge Site.

Q: What's the difference between Phase 1 and Phase 2?

- Phase 1 is where we are asked to search and review all records in our possession, defined as "within the four walls of your office".
- Phase 2 is where the office has many records already assembled, and we're not sure if we can release them. In these cases, the task is to review the documents to determine whether any of the exemptions apply. Often, the Phase 2 documents are responsive documents already on hand where we believe that another Bureau may have an equity that should be considered.

Q: What should we do if the requester did not provide a date window within which to search for documents pertaining to a particular event.

- Rather than defining a guideline across-the-board for setting the search window dates, it would be better to rely on common sense and prior experience to set an appropriate window depending on the event.

Q: How should we handle a Congressional request pertaining to a long-pending FOIA request?

- Please forward the Congressional requests directly to Eric's office, as he has a designated team to follow up on these.

Q: How can we accommodate a request that is defined so broadly as to encompass 11,000 or more documents?

- Some bureaus may want to conduct a page-by-page review for equities. E-mail the FOIA Surge Office to let them know about any request where the search seems to be defined too broadly. The Surge Office can follow up with the Bureau to determine how much information can be considered responsive.

Q: Overseas posts send in unclassified human rights reports which are then incorporated into the Department's annual Country Human Rights Reports. Can the reports from the overseas posts be considered to be deliberative, since their content is different from the subsequent Department report?

- There would seem to be a strong case for a B-5 exemption, since the posts' reporting can be considered deliberative. Nonetheless, rather than denying in full, take a line-by-line look to see if there is any information that can be considered releasable.

Q: A classified document from 1975 appears responsive and releasable, but it has no declassification date.

- Redact the document, and reclassify as appropriate.

Q: How do we know that we're not processing duplicate requests?

- IPS is closely monitoring the cases to eliminate duplicates.


RE-PRODUCED 09.08.2023 SCO_00000402

Q: How should we handle Phase 2 cases where there are no attached documents to review?

- In some cases, documents are taken offline so they can be scanned for viruses. Send IPS the case number to verify if this is the issue.

Q: How should we respond to a requester seeking information that's already available on a website?

- If the material is responsive, include a link to the web content in your reply.

Q: How should we respond to requests for the e-mails of a high-level employee who has retired?

- Records of employees' e-mails for all DAS-level employees and higher are retained "for the life of the Republic". If responsive documents are not in your possession, you can close out the case, and IPS staff will conduct a search.