# EXHIBIT 55

**FOIA Processing Priorities**
October 24, 2016

Below in priority order (#1 being top priority) is a list of how we should manage our Freedom of Information Act (FOIA) requests. This goes for both analysts and reviewers.

1. Litigation
2. Litigation Referrals from Other Agencies
3. Expedited Requests
4. Expedited Referrals
5. Appeals
6. All other cases – First In, First Out
    - This includes the following:
        - Direct requests to the Department
        - Referrals from other agencies (complying with deadlines)
        - Consultations
        - Other

Also being provided today is a report where you can see the current backlog numbers. You can run this report yourself in FREEDOMS (F2):

1. Open FREEDOMS.
2. Go to File.
3. Go to Reports and select "Report Manager."
4. Click on "Case Management."
5. Double Click on "Pending CR Cases by Case Date."
6. The report will appear in about a minute.

We are currently going through the existing canned reports in F2 to eliminate obsolete ones and add others that may be useful. Feedback is welcome.