# EXHIBIT 56

# **State Department FOIA Working Group Meeting**
August 22, 2018

1. Welcome/Opening Comments – Eric F. Stein

2. FOIA IT and eRecords Update – Tim Kootz, Agency Records Officer
   - New – PK217 Online Records and FOIA Course (mandatory)
   - eRecords/Archive
   - FOIA IT Tool

3. FOIA Regulations Update – Susan Weetman
   - Discussion

4. Readout of Chief FOIA Officer Council Meeting – Thursday, July 19 – Kellie Robinson

5. FOIA Consistency Across Bureaus – Kellie Robinson
   - Meetings in August/September – A, CA, DS, HR, MED

6. FOIA Playbook Update – Eric F. Stein

7. REAs – FY19 and Beyond – Group
   - **Action Request**: The funding for REAs provided during the Surge comes to an end in September 2018. Contact Patrick Scholl if you need ongoing REA support in October 2018.
   - **Discussion**: Bureaus will continue to do certain FOIA searches moving forward. Bureaus may opt to propose redactions but are not required to do so. What resources are needed to ensure compliance with one week search taskers?

8. Planning for FY19 and FY20 – Human (REAs) and Financial Resources – Group
   - **Discussion**: DPP

     **DPP**

## **Upcoming Discussion Topics**

- Aug. 22: Records Briefing and Planning for FY19 – Reporting, Resources, and more
- Sept. 19: Controlled Unclassified Information (CUI) and New FOIA IT Solution Discussion
- Oct. 17: Classification Briefing
- Nov. 14: Declassification Briefing
- Dec. 12: Year in Review/Planning for CY2019