# EXHIBIT 59

# Department of State
# Freedom of Information Act (FOIA) Program: Initial Deep Dive Briefing for the Chief FOIA Officer

February 7, 2022

Global Information Services (A/GIS)

# Department FOIA Roles

- **Under Secretary for Management (M)**
  - Senior Agency Official for Records Management
  - Senior Agency Official for Classification (for E.O. 13526)

- **Assistant Secretary of Administration (A)**
  - Chief FOIA Officer

- **Deputy Assistant Secretary, Global Information Services (A/GIS)**
  - Senior Agency Official for Privacy

- **Office of Information Programs and Services (A/GIS/IPS)**
  - Agency Records Officer – Division Chief in A/GIS/IPS/RA

# Office of Information Programs and Services (A/GIS/IPS)

- IPS has five primary programmatic responsibilities:
  - Records Management (M is the Senior Agency Official for Records Management)
  - FOIA and Privacy Act Requests
  - Classification and Declassification (M is Senior Agency Official for Classification and Controlled Unclassified Information)
  - FOIA Appeals, Litigation, and Congressional Document Production
  - Library and Research Services

- While distinct from one another, all five program areas in IPS are connected to FOIA requests.

- IPS manages the public facing FOIA website : https://foia.state.gov/.
  - Used strategically to both provide information to public and avoid redundant requests and searches.

# History

- **Pre-2014**: FOIA program, low priority
- **2014-2016**: Rising backlog (over 30,000 at one point), emails and litigation climbing
- **2017-2018**: FOIA Surge Initiative (09/2017 to 04/2018)
- **2018-2019**: New process and technology – over $30 million spent
  - **eRecords and FOIAXpress**: Cloud-based solutions, leverages AI
  - **October 2019**: FOIAXPress roll-out through 2020
- **2020 – present**: COVID-19 Pandemic
  - Library Search Team Operational
  - February 2020 – FOIA Backlog Reduction Plan Created – Seven Year Plan
  - Remote work (first time ever for most) for FOIA Program
  - Weather and Safety Leave
  - Very limited access to ClassNet (including thousands of FOIA cases that were previously only processes on ClassNet even if the content was unclassified; FOIAXpress changed this process)

# Overview of the FOIA

- **Governance at State**: Bureau DASes, Bureau POCs, Agency-wide Working Group

- **Technology**: eRecords Archive, FOIAXpress – interoperable, enterprise-wide solutions. All Department FOIA employees will be on FOIAXpress. Public FOIA website.

- **Process**: In 2019, drafted new policies and drafting procedures, and drafted new regulations (legal requirement).
    - IPS manages the Department's centralized FOIA program.
    - Centralized Intake: All incoming requests to State go to IPS except Passport and OIG requests.
    - FOIA Case Processing: IPS manages most FOIA cases after intake.
        - Certain bureaus manage requests after intake: CA, DS, MED, GTM, OIG.
    - Appeals
    - Litigation
    - Annual Reporting Requirements (posted on public FOIA website)

- **Training**: Online Course PK217 Records and FOIA

# FOIA Process Overview



# FOIA Statistics

**FOIA Cases Opened, Closed, and Backlog (FY)**

| Year | Opened | Closed | Backlog |
|---|---|---|---|
| 2015 | 14,527* | 13,495* | 30,000** |
| 2016 | 16,002* | 15,584* | 24,397 |
| 2017 | 7,959 | 21,648 | 13,008 |
| 2018 | 8,357 | 10,837 | **10,380** |
| 2019 | 8,589 | **6,545** | 11,106 |
| 2020 | 9,019 | 7,041 | 13,798 |
| 2021 | **10,625** | 9,369 | 14,682 |
| 2022*** | 4,135 | 3,018 | 17,121**** |

* Opened/Closed Data for 2015 & 2016 skewed.
** Approximately
*** 2022 Numbers FY YTD as of 2/7/2022.
**** Cases Pending (all may not be part of "backlog" as defined in FOIA law)

Sources of Data: FOIA Annual Reports; for data with asterisk, available A/GIS/IPS data from case processing system(s)

**Litigation Cases and Costs**

| Year | New Cases | Total | Lit. Fees |
|---|---|---|---|
| 2016 | 57 | 120 | $ 49,057 |
| 2017 | 53 | 105 | $429,884 |
| 2018 | 75 | 145 | $263,358 |
| 2019 | **86** | 170 | $173,492 |
| 2020 | 84 | 204 | $ 51,273 |
| 2021 | 54 | 198 | $ 40,180 |
| 2022 | 13 (YTD) | 200* | $ 91,361** |

Sources of Data – A/GIS/IPS Quick Stats Weekly Reports and A/EX/FMD
* 200 Litigation Cases involving 387 Requests
**Fiscal Year To Date – Fees paid by A/GIS/IPS; data from A/EX/FMD

**Appeals**

| Year | Received | Processed | Pending |
|---|---|---|---|
| 2017 | 270 | 376 | 421 |
| 2018 | 195 | 228 | 387 |
| 2019 | 235 | 380 | 242 |
| 2020 | 258 | 243 | 257 |
| 2021 | **474** | 343 | 460 |
| 2022 | 144 (FYTD) | 110 (FYTD) | 407 |

Source of Data: FOIA Annual Reports; for data with asterisk, available data from A/GIS/IPS case processing system(s)

# Annual Agency-Wide FOIA Resources – Employees and Costs

| | Personnel | | | Costs | | |
|---|---|---|---|---|---|---|
| Year | Number of "Full-Time FOIA Employees" | Number of "Equivalent Full-Time FOIA Employees" | Total Number of "Full-Time FOIA Staff" | Processing Costs | Litigation-Related Costs | Total Cost |
| 2016 | 76 | 55 | **131** | $17,783,160.30 | $1,285,054.00 | **$19,068,214.30** |
| 2017 | 208 | 60 | 268 | $27,802,095.00 | $9,503,777.00 | **$37,305,872.00** |
| 2018 | 214 | 63 | **276** | $34,453,755.75 | $1,440,357.04 | $35,894,112.79 |
| 2019 | 141 | 67 | 208 | $26,626,139.69 | $1,133,455.00 | $27,759,594.69 |
| 2020 | **110** | **96** | 206 | **$50,267,354.87** | $1,011,236.10 | **$51,278,590.97** |
| 2021 | 110 | 68 | 177 | **$26,410,713.50** | $1,043,742 | $27,454,455.50 |

# Possible Next Deep Dives on FOIA

- FOIA Litigation – Overview and Looking Ahead

- 2022 FOIA Operations
  - Return to the Workplace
    - Addressing untouched classified work from COVID-19 pandemic
      - Search Taskings, Review of Records, Coordination with Other Agencies
    - Weather and Safety Leave
  - Update to FOIA Website – Public Access Link and Improving Customer Experience
  - Resources: Vacancies (Plan to Recruit and Use Temporary Promotions/Details), Technology
  - Development and Training of Current Workforce (including new FOIA Bootcamp)

- Long-Term FOIA program plans through FY2026
  - Location of Operations
  - Process Changes