# EXHIBIT 60

**POLICIES FOR LITIGATION**

September 2019

The Litigation team is responsible for processing Freedom of Information Act (FOIA) and Privacy Act (PA) cases that are the subject of litigation against the Department. This includes FOIA/PA referrals from other agencies that are in litigation where the Department may not be a named party. FOIA requesters usually file suit against the Department for one of three reasons: 1) to challenge the Department's failure to respond within the statutory time limit, 2) to challenge the adequacy of the Department's search, and 3) to challenge the Department's withholdings.

**General Principles:**

- Work collaboratively with the Office of Management in the Office of the Legal Adviser (L/M) to manage the timely and comprehensive processing of FOIA/PA requests in litigation, striving to meet all internal and court-issued deadlines
- Work closely with the L/M attorney and the Department of Justice (DOJ) attorney in the district court where the lawsuit is filed to process each case, document Department actions and determinations, and provide updates to the court. IPS is responsible for processing the underlying request(s), including conducting searches, reviewing documents for relevance to the request, and processing relevant documents for release
- When necessary, prepare a declaration and *Vaughn* Index executed by the IPS Director under penalty of perjury. The declaration explains the administrative processing of the request, the searches conducted, and the FOIA/PA exemptions claimed. The *Vaughn* Index contains a description of withheld information in order to justify the application of the FOIA exemption, often in an itemized index