# EXHIBIT 66

**(U) Meeting with FOIA Surge DASes on the FOIA Program Moving Forward**
**Thursday, May 04, 2018, 1:00 p.m., One Hour**

**PURPOSE**

(SBU) This meeting brings to a close the Department-wide Freedom of Information Act (FOIA) Surge backlog reduction project started in September 2017, providing next steps about the Department's FOIA program to the Deputy Assistant Secretaries (DASes) who were responsible for the oversight and implementation of the FOIA Surge within their respective bureaus and offices.

**KEY OBJECTIVES**

1. **(U) Bring the FOIA Surge to a Close:** While the FOIA Surge ended on Monday, April 30, 2018, this meeting formally closes the FOIA Surge among the most senior officials involved, providing appreciation for their leadership, bureau engagement and participation, quantifiable results from the initiative, and next steps for the FOIA program moving forward.

   - **(U) The FOIA Surge is over. Thank you for your leadership in this Department-wide initiative.**
   - **(U) You successfully trained and engaged more than 600 Department employees who actively worked on over 13,000 backlogged cases.**
   - **(U) At the start of the Surge, we defined a "backlogged case" as any case not yet completed by the Department.**
   - **(U) You closed over 5,000 backlogged cases that existed at the start of the Surge, about a 40 percent reduction of the backlog.**
   - **(U) Over 32,000 tasking actions occurred during the Surge. More than half are completed.**
   - **(U) Over 28,000 hours were spent searching records and over 13,000 hours spent redacting records.**
   - **(U) More than 10 million pages of records that are potentially responsive to FOIA requests have been identified during the searches completed. Work continues on these records.**
   - **(U) While the Surge is over, FOIA remains everyone's responsibility.**
   - **(U) Today, we are going to discuss next steps. Assistant Secretary for Administration, Nicole Nason, and the acting Deputy Assistant Secretary for Global Information Services (A/GIS), Senior Advisor Mary Avery, will provide further details.**

**(U) (IF RAISED) The FOIA Backlog is currently about 10,500 cases total. While at the start of the Surge in September, we had around 13,000 backlogged cases, and we closed over 5,000 of those backlogged cases, the Department received over 4,400 new FOIA requests during the Surge time period. When you account for all FOIA cases closed during the Surge time period, the Department closed over 7,000 cases, which includes both the 5,000 backlogged cases that existed in September and 2,000 of the new cases as well.**

2. **(SBU) Consideration of Pathways' Work on FOIA Surge:** Certain Pathways employees have the impression that their time spent working on the FOIA Surge will negatively affect how they are viewed in their home bureaus and/or their prospects of a permanent assignment in the Department.

DPP

**PARTICIPANTS**

Assistant Secretary For Administration
Deputy Assistant Secretary for Global Information Services (A/GIS)
FOIA Surge DASes or their designees

Attachment(s):
- Tab 1 – FOIA Surge DAS Meeting Agenda
- Tab 2 – Outline of Assistant Secretary for Administration Comments
- Tab 3 – Outline of Global Information Services (A/GIS) DAS comments

Approved: A –

Drafted: A/GIS/IPS – Eric F. Stein, ext. PII and work cell: PII

Cleared: M – Jenna Bucha – OK – 05/01/2018
M/PRI – Sandra Cimino – OK – 05/01/2018
A – Renee Bemish – OK – 4/30/2018
A/GIS –
A/EX – Janice DeGarmo – OK – 05/01/2018
L/M – Sarah Prosser – OK – 05/01/2018
FSI – Josh Saunders- OK – 05/01/2018
HR – Catherine Rodriguez – OK – 05/01/2018