# EXHIBIT 67

**<u>Freedom of Information Act (FOIA) – Overview of Current Status</u>**
August 16, 2017

The Department's FOIA program continues to face demands from incoming requests, existing cases, and litigation. The Department is on pace to receive about 18% more cases this calendar year than last year, an increase of about 3,000 cases. At the start of calendar year 2017, the backlog was as high as 24,000 cases; it has been reduced by about 42% to about 14,000 cases. Special projects and solutions are being developed to make further backlog reductions.

The FOIA program is currently focused on complying with court ordered productions in FOIA litigation cases, closing its oldest cases following the "First In, First Out" (FIFO) approach, and providing responses to expedited requests.

FOIA litigation cases continue to absorb most of the available FOIA review resources. Roughly 68% of remaining reviewers in IPS are working on FOIA litigation; the remaining 32% are working on a mix of litigation and/or regular FOIA cases. At least 15 of the Department's 23 best FOIA reviewers are no longer with the Department. This means that the Department reviews about 4,500 fewer pages each month than when these reviewers were here. These 23 reviewers had been While Actually Employed (WAE) employees and changed to Limited Non-Career Appointees (LNAs) during the review of Secretary Clinton's emails in 2015.

At the moment, the Department can produce about 13,200 pages per month for both FOIA and FOIA litigation cases; at least 8,800 pages are required for FOIA litigation cases where there are court-ordered minimum productions. The 13,200 page metric will drop to 10,800 pages by December at the current rate, at which point all review resources will likely be assigned to work on FOIA litigation cases. This will reduce our ability to work on other FOIA cases which will likely increase the backlog.

DPP

The FOIA backlog currently goes back to requests made in 2006. With a recent refocusing on these oldest cases, all cases from 2006 to 2008, with the exception of about three, are expected to be closed by the end of the calendar year. Weekly progress meetings are held on these oldest cases and expedited requests which are being processed using the FIFO approach. Trends and issues are emerging from this refocusing effort, including a better understanding of how to close these and similar cases. For example, the Department is now putting firm deadlines on taskings

and follow up requests within and outside the Department to other federal agencies. DPP

DPP

DPP The FOIA program has set an internal target of reducing the backlog to 0 by the end of September 2019. This takes into account the existing and incoming FOIA cases, existing and future litigation, and the potential rollout of a new FOIA IT system where the entire Department will be on the same platform for the first time.

DPP

Even with the 25 Y Tour positions, there will still be a shortage of resources to meet the demands of the FOIA program's effort to reduce the backlog by September 2019 and meet its FOIA litigation needs. There are existing civil servant vacancies, including a critical leadership position for a FOIA litigation branch chief, that remain unfilled despite the selection of a candidate before the hiring freeze. DPP

DPP

DPP

In sum, the Department has policy and procedural actions that it is already taking to improve how FOIA cases are processed. These recent changes are producing results in the existing FOIA program based on how it is organizationally structured and resourced (human and technical resources). DPP

DPP