# EXHIBIT 69

**United States Department of State**

***Washington, D.C. 20520***

UNCLASSIFIED

February 25, 2020

**ACTION MEMO FOR ASSISTANT SECRETARY CABELKA (A)**

FROM: A/GIS – John C. Sullivan

SUBJECT: Freedom of Information Act (FOIA) Backlog Reduction Plan in Response to Government Accountability Office (GAO) Recommendation 21 in GAO-18-365

**BLUF:** The Office of Information Programs and Services (A/GIS/IPS) has prepared and cleared with the Office of the Legal Adviser for Management (L/M) a draft FOIA Backlog Reduction Plan to address an outstanding recommendation in the report GAO-18-365.

**Recommendation**
That you approve the attached FOIA Backlog Reduction Plan by February 27, 2020.
(Approve/Disapprove by 02/27/2020)

**Background**
In June 2018, the GAO issued a report on agency implementation of the FOIA (GAO-18-365). Recommendations 20 and 21 in that report are directed to the Department. Recommendation 20 is about the Department's FOIA regulations, which were submitted to the Government Publishing Office for public comment in the Federal Register this month. Recommendation 21 requested the Department to produce a backlog reduction plan: The Secretary of State should take steps to develop and document a plan that fully addresses best practices with regards to reduction of backlogged FOIA requests. Attached (Tab 2) are previous responses from the Department on both recommendations, which are usually sent via email to the GAO.

In January, A/GIS/IPS drafted a written "plan" to accommodate this GAO request (Tab 1). [redacted] was consulted before and after the plan was drafted; [redacted] The plan was also vetted with A/GIS/IPS managers and has been used to establish FOIA production targets for the Fiscal Year 2020 Functional Bureau Strategy. Providing this plan to the GAO before Friday, February 28, 2020, could prevent the Department's FOIA program from being added to a list of programs reported by the GAO to the Secretary.

Recommendation 21 is being responded to separately since it required only an update about the status of our draft regulations.

Attachments:

Tab 1 – Draft FOIA Backlog Reduction Plan
Tab 2 – Previous Responses to outstanding recommendations in GAO-18-365

| | | |
|---|---|---|
| Approved: | A/GIS – John C. Sullivan (JCS) | |
| Drafted: | A/GIS/IPS – [redacted] | |
| Cleared: | A/FO – [redacted] | OK |
| | A/GIS – John C. Sullivan | OK |
| | A/GIS/IPS – [redacted] | OK |
| | L/M – [redacted] | OK |



CONFIDENTIAL - Subject to Protective Order SCO_00013773
Case 2:22-cv-00091-NJ Filed 02/18/25 Page 3 of 3 Document 63-69