# EXHIBIT 71

**From:** [redacted]
**Sent:** 2/28/2020 9:16:56 AM
**To:** [redacted]; [redacted]
**CC:** [redacted]
**Subject:** FW: FOIA and PA weekly stats as of February 28, 2020
**Attachments:** RE: FOIA and PA weekly stats as of January 31, 2020; Tab 1 Department of State FOIA Backlog Reduction Plan 02062020 +SCW.docx; Pending FOIA Requests Report 02-28-2020.docx

Good morning,

We have recently discussed data and metrics for our classification/declassification program. I am sharing the below email and attachments for your review and consideration. Having performance data on hand allows us to analyze trends and make projections for our programs. For FOIA, we used years of performance data, such what is found below and in the attached FOIA reports, to project what we can do in the future. One recent product, the FOIA Backlog Reduction Plan (see the "Tab 1" word document, was produced using this performance data and separate data and information about staffing levels and available financial resources. I'd like SRP to be able to do the same kind of analysis for its programs, especially 25 year review and MDRs.

I'd also encourage all of you to take the data courses listed below.

I look forward to seeing what kind of analytical products and projections that you develop for your programs.

Thanks,
[redacted]


[redacted]
Director
Office of Information Programs and Services (A/GIS/IPS)
U.S. Department of State
202-485-2051
[redacted]


**From:** [redacted]
**Sent:** Friday, February 28, 2020 9:11 AM
**To:** [redacted]
**Cc:** [redacted] IPS FOIA Leadership [redacted]
**Subject:** RE: FOIA and PA weekly stats as of February 28, 2020

[redacted]

Thank you for this report. This data is very helpful.

The Department closed almost twice as many cases in February (804) than we did in February (466); also of note, we exceeded our target of closing 400 cases per month in both January and February. Closing cases at this rate also appears to have nearly stabilized our backlog last month. We appear to be receiving about 775 new cases per month in CY2020. At that rate, we can expect about 5,425 new cases for a total of 9,300 this year, which is a bit higher than previous years including the 8,589 from last year. Past performance is not a good

predictor of the future incoming requests but it is a factor to consider in projecting future backlogs and the resources that we need to address them. Below is a chart of data that I've been tracking this calendar year from these reports from [redacted]

FSI offers a couple of courses about data presentation and analysis: http://reg.fsi.state.sbu/CourseCatalog.aspx?EventID=PS311 and http://reg.fsi.state.sbu/CourseCatalog.aspx?EventId=PS313. I'd encourage all of you to consider taking these courses as making data driven decisions is important to program management and analysis; the Department is making a big push for data-driven decision making (http://cfa.state.sbu/?campaign=department_notice_cta1). If you are interested in this training, raise it with your supervisor; it could also be part of your IDP, if you are completing one.

Have a great day!

[redacted]

**Freedom of Information Act (FOIA) Backlog - CY2020**

| Date | New Cases (cumulative) | Cases Closed (cumulative) | Pending Requests (Backlog) |
|---|---|---|---|
| 1/3/2020 | 2275 | 713 | 14438 |
| 1/10/2020 | 2470 | 814 | 14533 |
| 1/17/2020 | 2704 | 947 | 14517 |
| 1/24/2020 | 2858 | 1062 | 14553 |
| 1/31/2020 | 3073 | 1179 | 14660 |
| 2/7/2020 | 3190 | 1268 | 14693 |
| 2/14/2020 | 3338 | 1582 | 14,527 |
| 2/21/2020 | 3525 | 1714 | 14579 |
| 2/28/2020 | 3875 | 1983 | 14663 |

**From:** [redacted]
**Sent:** Friday, February 28, 2020 8:33 AM
**To:** [redacted]
**Cc:** [redacted]; IPS FOIA Leadership [redacted]
**Subject:** FOIA and PA weekly stats as of February 28, 2020

[redacted]

Good morning. Please see statistics below and attached regarding pending FOIA and PA cases.

Regards,
[redacted]

## 2/21/2020

| Cases by Workflow | Based off Primary Assigned User Group |
|---|---|
| **Row Labels** | **Count of Request ID** |
| Admin | 1072 |
| Decentralized - CA/VO | 2364 |
| Decentralized - DS | 230 |
| Decentralized - HR | 102 |
| Decentralized - MED | 2 |
| Decentralized - OCS | 2 |
| Decentralized - PPT | 196 |
| IPS - Admin | 361 |
| IPS - Case Processing | 11263 |
| IPS - Intake | 220 |
| IPS - Litigation | 18 |
| **Grand Total** | **15830** |

**Primary User Group**

| Row Labels | Count of Request ID |
|---|---|
| Admin | 1072 |
| CA-VO | 4 |
| DS | 4 |
| IPS - Admin | 361 |
| IPS - ESI Analyst | 781 |
| IPS - ESI Leadership | 573 |
| IPS - FIFO 1 Analyst | 1093 |
| IPS - FIFO 1 From Intake | 37 |
| IPS - FIFO 1 Leadership | 1912 |
| IPS - FIFO 1 QC/Review | 2 |
| IPS - FIFO 3 Analyst | 38 |
| IPS - FIFO 3 Leadership | 4033 |
| IPS - Intake | 54 |
| IPS - Intake QA | 83 |
| IPS - Intake Simple | 20 |
| IPS - Intake Visa QA | 63 |
| IPS - Litigation Analyst | 18 |
| IPS - Privacy Act Analyst | 237 |
| IPS - Privacy Act From Intake | 2 |
| IPS - Privacy Act Leadership | 2553 |
| J/PRM - FOIA Coordinator | 1 |

## 2/28/2020

| Cases by Workflow | Based off Primary Assigned User Group |
|---|---|
| **Row Labels** | **Count of Request ID** |
| Admin | 992 |
| Decentralized - CA/VO | 2464 |
| Decentralized - DS | 252 |
| Decentralized - MED | 2 |
| Decentralized - PPT | 291 |
| Decentralized -HR | 102 |
| IPS - Admin | 326 |
| IPS - Case Processing | 11299 |
| IPS - Intake | 200 |
| IPS - Litigation | 20 |
| **Grand Total** | **15948** |

**Primary User Group**

| Row Labels | Count of Request ID |
|---|---|
| Admin | 992 |
| CA-VO | 4 |
| DS | 4 |
| IPS - Admin | 326 |
| IPS - ESI Analyst | 1158 |
| IPS - ESI Leadership | 446 |
| IPS - FIFO 1 Analyst | 1323 |
| IPS - FIFO 1 From Intake | 38 |
| IPS - FIFO 1 Leadership | 1437 |
| IPS - FIFO 1 QC/Review | 2 |
| IPS - FIFO 3 Analyst | 42 |
| IPS - FIFO 3 Leadership | 4071 |
| IPS - Intake | 52 |
| IPS - Intake QA | 30 |
| IPS - Intake Simple | 31 |
| IPS - Intake Visa QA | 87 |
| IPS - Litigation Analyst | 20 |
| IPS - Privacy Act Analyst | 301 |
| IPS - Privacy Act From Intake | 2 |
| IPS - Privacy Act Leadership | 2478 |
| J/PRM - FOIA Coordinator | 1 |

| | |
|---|---|
| L - FOIA Coordinator | 1 |
| M/CA/NVC - Incoming Requests | 1966 |
| M/CA/NVC - Processor | 69 |
| M/CA/NVC - QC/Review | 152 |
| M/CA/NVC - Specialist | 102 |
| M/CA/OCS - FOIA Coordinator | 2 |
| M/CA/VO - Analyst | 2 |
| M/CA/VO - Team Leader | 69 |
| M/DS - FOIA Analyst | 28 |
| M/DS - Senior Management | 52 |
| M/DS- Closeout | 10 |
| M/DS- Migrated Cases | 30 |
| M/DS- New Cases | 106 |
| M/HR - FOIA Coordinator | 102 |
| M/MED - FOIA Coordinator | 2 |
| PPT - Analyst | 92 |
| PPT - Intake | 39 |
| PPT - Team Leader | 65 |
| **Grand Total** | **15830** |

**Action Office**

| **Row Labels** | **Count of Request ID** |
|---|---|
| CA-VO | 2442 |
| DS | 245 |
| IPS | 12945 |
| PPT | 198 |
| **Grand Total** | **15830** |

| | |
|---|---|
| M/CA/NVC - Incoming Requests | 2112 |
| M/CA/NVC - Processor | 52 |
| M/CA/NVC - QC/Review | 106 |
| M/CA/NVC - Specialist | 137 |
| M/CA/OCS - FOIA Coordinator | 2 |
| M/CA/VO - Analyst | 2 |
| M/CA/VO - Team Leader | 49 |
| M/DS - FOIA Analyst | 27 |
| M/DS - Senior Management | 57 |
| M/DS- Closeout | 12 |
| M/DS- Migrated Cases | 29 |
| M/DS- New Cases | 123 |
| M/HR - FOIA Coordinator | 102 |
| M/MED - FOIA Coordinator | 2 |
| PPT - Analyst | 142 |
| PPT - Intake | 55 |
| PPT - Team Leader | 94 |
| **Grand Total** | **15948** |

**Action Office**

| **Row Labels** | **Count of Request ID** |
|---|---|
| CA-VO | 2557 |
| DS | 256 |
| IPS | 12841 |
| PPT | 294 |
| **Grand Total** | **15948** |

[redacted]
FOIA Branch Chief
A/GIS/IPS/CR
[redacted]