UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RYAN SCOVILLE<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00091-NJ |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that in accordance with Civil L.R. 7.1 (e)(1), Brady C. Williamson will no longer represent Plaintiff Ryan Scoville, in this matter. Plaintiff Ryan Scoville will continue to be represented by attorneys Hunter Van Asten of Godfrey & Kahn, S.C. and Tobin Raju of Media Freedom & Information Access Clinic Yale Law School. For this reason, the undersigned respectfully requests that the appearance of Brady C. Williamson in this matter be withdrawn.

Dated: February 21, 2024　　　　　　　　　Respectfully submitted,

*s/ Hunter M. Van Asten*　　　　　　　　　*s/ Tobin Raju*
Hunter M. Van Asten　　　　　　　　　　　Tobin Raju
GODFREY & KAHN, S.C.　　　　　　　　　MEDIA FREEDOM & INFORMATION
State Bar No. 1131631　　　　　　　　　　ACCESS CLINIC
833 E Michigan Street　　　　　　　　　　YALE LAW SCHOOL
Suite 1800　　　　　　　　　　　　　　　　P.O. Box. 208215
Milwaukee, WI 53202　　　　　　　　　　New Haven, CT 06520
Tel: (414) 273-3500　　　　　　　　　　　Tel: (617) 800-7842
HVanAsten@gklaw.com　　　　　　　　　Tobin.raju@YLSClinics.org

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

32584031.1