UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RYAN SCOVILLE<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Case No. 2:22-cv-00091-NJ |

### JOINT CIVIL L.R. 7(H) EXPEDITED NON-DISPOSITIVE MOTION FOR STAY

The Parties respectfully seek non-dispositive relief through this expedited motion brought pursuant to Civil Local Rule 7(h). The Parties jointly request the Court to amend the Scheduling Order to stay this litigation for 60 days, to June 9, 2025, to enable the parties to engage in good faith settlement discussions.

Defendant's Cross-motion for summary judgment and Plaintiff's response to Defendant's Daubert motion are currently due on April 25, 2025. However, the parties have begun the process of good faith settlement discussions. Good cause exists for the requested stay so that the parties can efficiently use their resources to pursue potential settlement in the hopes of resolving the case without using additional judicial and party resources to further address the substantial pending motions.

The parties will promptly inform the Court if they reach a settlement. To the extent the parties do not reach a final settlement before June 9, 2025, they will file a Joint Status Report by that date to address the need for any further proceedings.

Dated: April 10, 2025                                    Respectfully submitted,

*/s/ Hunter Van Asten*                                   */s/ Tobin Raju*
Hunter Van Asten                                         Tobin Raju, No. 5638523

GODFREY & KAHN, S.C.  
State Bar No. 1131631  
833 E Michigan St., Ste. 1800  
Milwaukee, WI 53202  
Tel: (414) 273-3500  
HVanAsten@gklaw.com

MEDIA FREEDOM & INFORMATION
ACCESS CLINIC  
YALE LAW SCHOOL  
P.O. Box. 208215  
New Haven, CT 06520  
Tel: (203) 436-5836  
tobin.raju@YLSClinics.org

*Counsel for Plaintiff*

YAAKOV M. ROTH  
Acting Assistant Attorney General

MARCIA BERMAN  
Assistant Director, Federal Programs Branch

*s/Christopher M. Lynch*  
(D.C. Bar No. 1049152)  
Trial Attorney  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
1100 L St. NW  
Washington, DC 20005  
(202) 353-4537 (phone)  
(202) 616-8470 (fax)  
christopher.m.lynch@usdoj.gov

*Counsel for Defendant*