UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RYAN SCOVILLE<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    Defendant. | Case No. 2:22-cv-00091-NJ |

**JOINT STATUS REPORT AND MOTION FOR FURTHER STAY**

Pursuant to the Court's August 8, 2025 Text Order directing the parties to submit a joint status report, Plaintiff Ryan Scoville and Defendant U.S. Department of State, by and through their undersigned counsel, respectfully submit the following Joint Status Report:

1. On August 8, 2025, the parties filed a joint status report and motion for further stay (ECF No. 69), respectfully requesting the Court to extend the stay this litigation for 30 days, to September 8, 2025, to enable the parties to engage in good faith settlement discussions.

2. On August 8, 2025, the Court granted the parties' joint motion to stay the litigation until September 8, 2025.

3. In the time since the Court entered a stay in this litigation, the parties have engaged in good faith and cooperative settlement discussions.

4. While settlement negotiations have advanced, substantive issues remain unresolved, and the parties remained engaged in settlement discussions to resolve those outstanding issues.

5. Accordingly, the parties respectfully request the Court to stay this litigation for an additional 45 days, to October 23, 2025, to enable the parties to continue their good faith settlement discussions.

6. Good cause exists for the requested stay so that the parties can efficiently use their resources to continue pursuing settlement in the hopes of resolving the case without using additional judicial and party resources to further address the substantial pending motions.

7. The parties will promptly inform the Court if they reach a settlement. To the extent settlement discussions prove unsuccessful and the parties do not reach a final settlement before October 23, 2025, the parties will promptly file a Joint Status Report to inform the Court of the need for any further proceedings.

8. A proposed order reflecting the parties' proposal is attached for the Court's consideration, but the parties also welcome a minute order if the Court prefers.

Dated: September 8, 2025

Respectfully submitted,

/s/ Hunter Van Asten
Hunter Van Asten
GODFREY & KAHN, S.C.
State Bar No. 1131631
833 E Michigan St., Ste. 1800
Milwaukee, WI 53202
Tel: (414) 273-3500
HVanAsten@gklaw.com

/s/ Tobin Raju
Tobin Raju, No. 5638523
MEDIA FREEDOM & INFORMATION ACCESS CLINIC
YALE LAW SCHOOL
P.O. Box. 208215
New Haven, CT 06520
Tel: (203) 436-5836
tobin.raju@YLSClinics.org

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

s/Christopher M. Lynch
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L St. NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8470 (fax)
christopher.m.lynch@usdoj.gov

*Counsel for Defendant*