UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RYAN SCOVILLE<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    Defendant. | Case No. 2:22-cv-00091-NJ |

## JOINT STATUS REPORT AND MOTION FOR FURTHER STAY

Pursuant to the Court's February 26, 2026 Text Order directing the parties to submit a joint status report, Plaintiff Ryan Scoville and Defendant U.S. Department of State, by and through their undersigned counsel, respectfully submit the following Joint Status Report:

1. On February 26, 2026, the Court granted the parties' joint motion to continue the stay in this litigation until March 31, 2026.

2. In the time since that order, the parties have engaged in good faith and cooperative settlement discussions and are working to achieve settlement.

3. Accordingly, the parties respectfully request the Court to stay this litigation for an additional 31 days, to May 1, 2026, to enable the parties to complete settlement discussions.

4. A proposed order reflecting the parties' proposal is attached for the Court's consideration, but the parties also welcome a minute order if the Court prefers.

Dated: March 31, 2026       Respectfully submitted,

               /s/ Hunter Van Asten
               Hunter Van Asten
               GODFREY & KAHN, S.C.
               State Bar No. 1131631
               833 E Michigan St., Ste. 1800

Milwaukee, WI 53202
Tel: (414) 273-3500
HVanAsten@gklaw.com

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*s/Christopher M. Lynch*
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8470 (fax)
christopher.m.lynch@usdoj.gov

*Counsel for Defendant*

2