UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RYAN SCOVILLE<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Case No. 2:22-cv-00091-NJ |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this case with prejudice.

Dated: August 18, 2026

Respectfully submitted,

*/s/ Hunter Van Asten*
Hunter Van Asten
GODFREY & KAHN, S.C.
State Bar No. 1131631
833 E Michigan St., Ste. 1800
Milwaukee, WI 53202
Tel: (414) 273-3500
HVanAsten@gklaw.com

*Counsel for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*s/Christopher M. Lynch*
(D.C. Bar No. 1049152)
Chief Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L St. NW
Washington, DC 20005
(202) 353-4537 (phone)
(202) 616-8470 (fax)
christopher.m.lynch@usdoj.gov

*Counsel for Defendant*